# IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

'09 DEC -9 P3:11

Abednego, Laurie L.A., Abraham, Andrea, Abraham, Phillip, Abraham, Augustina, Abraham, Patrick, Abraham, Derrick, Abraham, Eleanor A., Abraham, Ratcliffe, Abraham, Jessica, Abraham, Patrick, Abraham, Ratcliffe, Abraham, Shea, Abraham, Vincent, Abraham, Yvonne, Abramson, Kiara L., Abreu, Elizabeth S., Acevedo, Reinaldo , Jr., Acosta, Carmen Milagro, Acosta, Tomas, Acosta, Elick, Acosta, Georgie A., Acosta, Isul Ernesto, Acosta, Jose, Acosta, Jose R., Acosta, Jose Manuel, Jr., Acosta, Josefina Martinez, Acosta, Maria Esther, Acosta, Mariano Lopez, Acosta, Moraima I., Acosta, Omar O., Acosta, Sonja A., Acosta, Tomas, Jr., Acosta, Tomas J., Acosta, Yamaris L., Acosta, Yannia Yanis, Acosta, Yeileen Y., Acosta, Yenix Yamabis, Acosta, Zuleyka, Adams, Denroy Husley, Adams, Guy, Adams, Pamela, Adams, Maudline Venessa, Adams, Viola, Albert, Charmaine Natasha, Alcantara, Milagros Beltres, Aldonza, Abigal, Aldonza, Brianner, Aldonza, Bryson, Aldonza, Davidson Byron, Aldonza, Ruthline, Aldonza, Yanesha, Alejandro, Aurora Lolita, Alejandro, Emmanuel, Alejandro, Loyda, Alejandro, Pedro, Aleman, Angel M., III, Aleman, Denissa, Alexander, Christena V., Alexander, Emmanuel, Alexander, Olive, Alexander, Hubert Chad, Alexander, Kaylac, Alexander, Placide M., Alfonso, Gladys Malia Felix Ceden, Alfred, Jesse E., Alfred, Lambert, Alfred, Ruth S., Alfred, Telca E., Alfred, Lambert, Ali, Imtiaz, Ali, Yaasmiyn, Alicea, Carmen Santiago, Alicea, Emma, Alicea, Jose Manuel, Alicea, Yessenia M., Allen, Alloy A., Sr., Allen, Alloy Orville, Jr., Almestica, Francisca, Aloyo, Lillian, Aloyo, Victor, Aloyo, Violeta, Alphonse, Anastasia, Alphonse, Brian, Alphonse, Eshra Egwin, Alphonse, Kelvin, Alphonse, Luciana F., Alvarez, Maria, Amaro, Carmen Maria, Parrille, Christian, Anatole, Malius, Sr., Ramsey, Yvonne, Anatole, Manus, Jr., Anatole, Nyashah, Anatole, Rasyme, Andre, Austin, Andre, Bevington, Andre, Chris, Andre, Felisha, Anthony, Jerome, Anthony, Nickeya, Anthony, Violet, Aponte, Julian, Aponte, Kieana, Appleton, Leonard Terrance, Appleton, Monique, Archibald, Ryan B., Archibald, Zhanel Chelsea, Aritus, Jean Bethony, Arjune, Kenneth, Aljune, Alvena, Armantrading, Transcito A., Armantrading, Rachel, Arroyo, Amanda, Arroyo, Hector

CIVIL NO

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

**LAW OFFICES OF**
**Rohn &**
**Carpenter, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 2

Manuel, Arroyo, Pedra., Arroyo, Maria Cristina, Arroyo,
Marilyn, Arroyo, Paula, Arroyo, Petra M., Arroyo, Hector,
Asencio-DeJesus, Luz, Ashe, Alfred, Ashe, Steve Edward,
Audian, Nathaniel S., Audian, Mareen, Auguste,
Kernather, Auguste, Mary Regina, Auguste, Oswald,
Auguste, Merkey, Auguste, Oswald, Auguste, Mary,
Augustin, Brigid, Augustin, Denis , Augustin, Tinothia,
Avril-Gaskin, Christina Laverne, Ayala, Andres, Jr., Ayala,
Angelica Mary, Ayala, Ashley Marie, Ayala, Carmela ,
Ayala, Evangelista, Ayala, Carmelo, Ayala, Carmen
Letticia , Ayala, Ruben, Ayala, Ernesto, Ayala, Escolastica,
Ayala, Evangelista J. "Pepe", Jr., Ayala, Evangelista Jose.,
Sr., Ayala, Carmela, Ayala, Jahaira M., Ayala, Janet,
Ayala, Jason Abram, Ayala, Jermaine, Ayala, Jessica M.,
Ayala, Jesus J., Jr., Ayala, Jesus Manuel, Ayala, Rosanda,
Ayala, Johanna, Ayala, Kali, Ayala, Kiara, Ayala, Lilia
Cepeda, Ayala, Loyda, Ayala, Luis, Ayala, Manuel, Ayala,
Maria L., Ayala, Nancy, Ayala, Raquel, Ayala, Ricardo,
Ayala, Roberto, Ayala, Cannela, Ayala, Ruben E., Ayala,
Victor R., Ayala, Victor S., Jr., Ayala, Zenaida, Azille,
Bernard Henry, Azille, Geraldine, Azille, Cheryl, Bannis,
Dion'e Yoshita, Bannis, Dylan Dyant'e, Baptiste, Agatha
Mary, Baptiste, Peter, Baptiste, Alix Jno, Baptiste, Decima
John, Baptiste, Nicholas Jno, Jr., Baptiste, Nikiska J.,
Baptiste, Roy John, Barnard, Melvina Anesta, Barnard,
Sandra Sharon, Barnes, Doreen A., Barnes, Lorraine A.,
Bartlette, Bernice M., Battiste, Andrea: Monet, Griffiths,-
Richard, Battiste, Ashton Malaret, Battiste, Thelma Leona,
Battiste-Glasgow, Jordan Marie, Beaupierre, Henry,
Beaupierre, Stephane, Bedasie, Kavita, Bedasie, Mena,
Bedasie, Sookdeo, Bedneay, Nicholson M., Belardo,
Maricela Sacara, Belardo, Rafael Rentas, Rentas,
Eugenia, Belardo, Sheira Meraliz, Belardo, Wanda,
Belardo, Gilberto, Benitez, Javier Manuel, Benitez, Jose
Miguel, Benitez, Leriz Teresa, Rosario, Abraham, Benitez,
Louis E., Benitez, Luis Emanuel, Benitez, Nelson Elliott,
Benitez, Xavier Manuel, Benjamin, Akima, Benjamin, Alie
Emanuel, Benjamin, Asheba N., Benjamin, Dorothy,
Benjamin, Gillium, Benjamin, Mary, Benjamin, Leroy R.,
Benjamin, Mary Theresa, Benjamin, Merchant Earl, Jr.,
Benjamin, Shella, Benjamin, Yvette M.R., Benjamine,
Marie June, Benjamine, Paul, Beras, Rafael, Jr., Beras,
Rafael R., Beras, Lunila, Berkitt, Anna Annie, Berkitt,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 3

Ludger, Berkitt, Jensen, Bermudez, Agueda, Bermudez, Beatrice, Bermudez, Juan, Bermudez, Debbie, Bermudez, Delma, Bermudez, Glendaly, Bermudez, Hector, Jr., Bermudez, Hector, Sr., Bermudez, Isabel, Bermudez, Juan, Jr., Bermudez, Juan M., Bermudez, Beatrice, Bermudez, Julia, Bermudez, Malia E., Bermudez, Miguelina P., Colon, Edelmiron, Bernard, Agnes, Bernard, Naomi, Bernard, Nicholas "Nick", Bernard, Nicole, Bernard, Nolan Darnell, Berrios, Amarilis, Berrios, Jose, III, Berrios, Mercedes, Berrios, Jose, Jr., Berrios, Jose E., Berrios, Jose Ricardo, Berrios, Jose Roberto, Berrios, Lucy Perez, Berrios, Luis, Berrios, Sylvette Marie, Berrios, Yadira L., Berry, Rita F., Bethel, Leevon T.M., Blyden, Alphonse E., Blyden, Maria Darius, Blyden, Raheem Pedrito, Blyden, Shantel Maria, Boatswain, Abram A., Boatswain, Analita, Boatswain, Ester, Boatswain, Gilda, Boddie, Josephine, Boddie, Melville C., Bodley, Celina, Bodley, Lauma, Bodley, Polycarp, Bodley, Tasha, Boland, Danase, Boland, Gemma, Boland, Jeona, Bonit Andria, Bonit, Timothy, Bonnie, Agatha Sheryl, Smmie, Albertha, Bonnie, Dana, Bonnie, Raheem, Bonnie, Reynold Kento, Booker, Julie Shalice, Boulogne, Edilia, Boulogne, Edmanual Omar Diaz, Boulogne, Eduan Jomar Molina, Boulogne, Emily, Boulogne, Evelis, Boulogne, Griselle, Boulogne, Pedro Emil Molina, Boulogne, Santiago, Bramble, Chantel Desira, Bramble, Eddie Andre, Bramble, Edwin Douglas, Branch, Kaiel, Branch, Michelle, Brathwaite, Elaine Yavonne, Breezie, Tedler Abigail, Brewster, Pamela S., Bright, Alexis, Jr., Blight, Erick A., Bright, Patricia, Blight, Renee Ferdinand, Bright, Lestroy, Bright, Sonia, Brito, Norma I., Broodie, Enid Ionie, Brookes, Inez V., Brookes, Edred, Brooks, Amanda Eliza, Brooks, Edwin Manuel, Osorio-Brooks, Wanda, Brooks, Esau, Brooks, Jahnayh, Brooks, Sayif, Brooks, Shaqueena, Brooks, Yvette Angelica, Brown, Catherine Venus, Brown, Isilma A., Brown, Iva T., Brown, Shammela, Browne, Gweneth Elmina, Browne, Lindita, Browne, Maria T., Bryan, George, Jr., Bryan, Jessica Evaliz, Bryan, Keianna, Bryant, Elthia, Burgos, Kayla, Burke, A'Jada Delana, Burke, Allen Delano, Burke, Brandon J.L., Burke, Ian., Burke, Julissa L., Burke, Tadachi Lee, Burnett, Elvina, Byrd, Jannett G., Byrd, Patrick, Byrd, Patrice, Cabral, Guarina, Cabreja, Jose, Cadiz, Carmen Milagros

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 4

Lao, Lao, Miguel, Cadiz, Edwin Perez, Jr., Cadiz, Rosalia
Rosario, Cadiz-Rios, Simona, Calderon, Carlos D.,
Camacho, Aneka, Camacho, Grace Marie, Camacho,
Khalid, Camacho, Luz Delia, Camacho, Marc Anthony,
Cancinos, Cindy, Candelario, Aura Esther, Caraballo,
Althea, Caraballo, Joseph, Jr., Caraballo, Joseph A.,
Cardona, Tomas Robles, Carmona, Josefina ,
Carrasquillo, Amparo, Navarro, Nelson, Carrasquillo,
Angel M., CarrasquiUo, Carmen Delia, Carrasquillo, Luis,
Carrasquillo, Fred, Lugo, Naomi, Carrasquillo, Gamalier
Calderin, Carrasquillo, Jorge Luis, Callasquillo, Jose M.,
Sr., Canasquillo, Jose Miguel, Jr., Carrasquillo, Julio
Antonio, Carrasquillo, Victor Manuel, Carrion, Barbara
Louisa, Carrion, Carlos Juan, Jr., Catty, Elmond Tyrone,
Carty, Elmond W., Carty, Karen Alenta, Carty, Lauren,
Carty, Rosemarie Veronica, Carty, Elmond, Casanova,
Jessica, Robles, Benjamin, Castillo, Damelin Michelle,
Castillo, Dominga O., Castillo, Ramon, Castillo, Xavier
Alexander, Castro, Antonio Nieves, Cecilia, Carlos, Cecilia,
Luis, Cedeno, Armando, Cedeno, Gabriel, Cedeno, Maria,
Cedeno, Vivian, Cepeda, Anthony, Cepeda, Elba, Cepeda,
Johanna, Cepeda, Joshua, Cepeda, Julio, Cepeda, Luz
Elenia, Cepeda, Regalado, Cepeda, Menelio, Cepeda,
Noemi, Cepeda, Regalado, III, Cepeda, Regalado, IV,
Cepeda, Regalado, Jr., Cepeda, Luz, Cepeda, Regaldo,
IV, Cepeda, Reynaldo, Cepeda, Sixta P., Cepeda, Wilson
P., Torres, Catty, Chambers, Norris Glasford, Chambers,
Christina, Chandler, Cheyanne Amber, Charlery, Merle,
Charles, Austin Wentworth, Charles, Juliana, Charles,
Francis, Charles, Theresa, Charles, Maureen, Childs,
Alphonso, Charles, Samuel M., Charles, Sonia C.,
Charles, Sylvester V., Charles, Cheren, Chassang,
Vitalienne, Chastanet, Hazel, Cherry, Aldrin Clint, Cherry,
Margaret, Christophe, Joseph, Christophe, Mary A.,
Christopher, Edwin S., Christopher, Hubert, Christopher,
Melda P., Christopher, Junette A., Christopher, Theodosia,
Cintron, Christian T., Cintron, Marcel, Cintron, Mario,
Cintron, Regina, Cintron,Yalmilette D., Cintron-Cruz,
Shasta H., Cirilo, Ana Monell, Cirilo, Jomayra A., Cililo,
Jose L., Jr., Cirilo, Jose L., Sr., Citilo, Mayra G., Cirilo,
Sonja N., Clarke, Emily Kimberly, Clarke, Tuwanda Dawn,
Clovis, Celestin R., Clovis, Regina, Coates, Denise
Roberts, Coates, Horace E., Cobb, Theophilus, Cobb,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 5

Veronica, Codrington, Raymond F., Colon Henley,
Mozelle, Colon, Antonia V., Colon, Domingo, Jr., Colon,
Edelmiro Benitez, Benitez, Miguelina, Colon, Ivelis, Colon,
Ivette, Colon, Jomar, Colon, Julio Domingo, Jr., Colon,
Karina, Colon, Liajiada, Colon, Luis Rafael, Colon, Luisa,
Colon, Luz N., Colon, Robelto, Colon, Vidalina, Combie,
Joseph, Combie, Marcella Clara, Concepcion, David
Omari, Concepcion, Janalee Adriana, Connor, Leonard,
Connor, Amorite, Cooke, Richard Alexander, Cooke,
Wilhelmia Eunorah, Corcino (Ramos), Tomas, Corcina,
Iris, Martinez, Salvador, Corcino, Omar Enrique, Cordero,
Consuelita, Cordero, David A., Cordero, David H.,
Cordero, Yoreily Marie, Correa, Maria P., Cottle-Matthew,
Sharifah, Coureur, Jasi R., Coureur, Shomalli C., Cox,
Shani, Clichlow, Henry Kelvin, Crichlow, Joycellyn Phyllis,
Crispin, Carlos, Crispin, Edgar, Crispin, Fernando, Rosa,
Mercedes, Crispin, Paula, Crispin, Jamie, Crosby,
Janeishka, Cruz- Torres, Zaida, Cruz, Aida, Ortiz, Ramon,
Cruz, Angel, Cruz, Luz, Cruz, Angel, Jr., Cruz, Angel E.,
Cruz, Ida, Cruz, Antonia, Cruz, Bernardo, Cruz, Blanca P.,
Cruz, Cely, Cruz, Cristino, Cruz, Yolanda, Cruz, Dolymar
S., Cruz, Elizabeth, Cruz, Elsa Iris, Cruz, Elva, Cruz,
Eusebia, Cruz, Ezequiel, Cruz, Felix Ramon, Jr., Cruz,
Sonia, Cruz, Fernando Felix, Cruz, Freddy, Cruz, Maria
Judith, Cruz, Maria, Cruz, Ida Luz, Cruz, Angel, Cruz, Irma
I., Cruz, Janlee, Cruz, Jay, Cruz, Joselin, Cruz, Juan
Andres, Cruz, Leon, Cruz, Mercedes, Cruz, Leon, III, Cruz,
Leon, Jr., Cruz, Luis B., Cruz, Elia, Cruz, Luis Miguel,
Cruz, Luz Maria, Cruz, Angel, Cruz, Malvin, Cruz,
Mercedes, Cruz, Merwin, Jr., Cruz, Merwin, Sr., Rodriguez,
Olga, Cruz, Migdaris K, Cruz, Oiane Maria, Cruz, Ramona,
Cruz, Sara, Cruz, Sonia Rodriguez, Cruz, Tabita M., Cruz,
Wilma Yvette, Cruz, Pedro, Cruz, Yolanda, Cruz, Cristina,
Cruz-Fulgencio, Nilsa Iris, Fulgencio, Jose, Cuencas,
Alfredo, Jr., Cuencas, Asheem Kadeem, Cuencas, Iris,
Daniel, Adrea Yolanda, Daniel, Stanley, Daniel, Beverly L.,
Daniel, Francis, Daniel, Rose, Daniel, Halima H, Daniel,
Hamadi, Daniel, Hanan, Daniel, Josein, Daniel, Joseph, III,
Daniel, Joseph N., Daniel, Naemah, Daniel, Nageem,
Daniel, Raheem, Daniel, Rose, Dariah, Dwydale Bruce,
Dariah, Ursula Cleopatra, David, Helena, David, Ira, David,
Marsvyn O., Lang-David, Florine, David, Ruby C., David,
Francis, David, Tyrell I., Davis, Celestina G., Davis,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 6

Enrique, Davis, Gladys, Davis, Fernella, Davis, Arthur,
Davis, Mercedes, Davis, Nickey L., Davis, Samuel, Davis,
Tony, Davis, Walter C., Davis, Wilda A., Dawson, DuJean,
De Castro, Delphine J., De Castro, Vonlex W., De Jesus,
David A., De Jesus, Elle, De Jesus, Theodore M.,
DeJesus, Charlene D., DeJesus, Keila, DeJesus, Kristina
Marie, DeJesus, Lorena Boulogne, DeJesus, Maria
Milagro, DeJesus, Ulises, DelaCruz, Jacqueline M.,
DelaCruz-Alejandro, Melania, Delande, Clefryn F.,
Delande, Deborah, Delande, Elsa Patricia, Delande,
Kerwyn, Delande, Kevin, Delande, Michael, DeLaRosa,
Lueila, Delerme, Eduardo, Delerme, Brunilda, Delerme,
Eduardo, Delerme, Laura, Delerme, Sofia Yolanda,
Delgado, Candida, Delgado, Ruth, Denis, Alexis, Denis,
Diane Nicole, Denis, Florence Denmand, Denis,
Jacqueline Kiture, Denis, Matthew, Dennie, Israel, Dennie,
Mary P., Desbonnes, Nathalie, Desormeaux, Ashley Thea,
Desormeaux, Sandra, Desouza, Sylvina, Desouza,
Nicholas, DeWindt, Marilyn, Dhaooolal, Edris R.,
Dhanoolal, Francis R., Diaz, Donald Francis, Jr., Diaz,
Elizabeth, Pilier, Demetrio, Diaz, Elizabeth, Encarnacion,
Domingo, Diaz, Fioldalizo, Diaz, Luz Maria, Velez, Angel,
Diaz, Natividad B., Diaz, Rafael, Diaz, Zaida, Didier,
Frances, Didier, Francis, Didier, Marisse, Diordie,
Shannine, Doctrine, Joseph, Doctrine, Lucy, Donawald,
Angel L, Donawald, Jose M., Donovan, Mary Virginia,
Douglas, Jeremiah J., Douglas, Lillian A., Douglas, Mallar,
Douglas, Naomi C., Douglas, Shantel P., Douglas,
Thomas, Douglas, Lillian, Douglas, Vernon S., Jr.,
Douglas, Vernon S., Sr., Douglas, Vincent Ashton, Dover-
Harley, Misty Melinda, Dowe, Leland, Jr., Drigo,
Wilhelmina, Duberry, Tekia, Duberry, Tessa Monique,
Dubery, John A., DuBois, Andrea, DuBois, Bernard ,
DuBois, Sylvian, Ducreay, Cecilia, Ducreay, Isaiah, Sr.,
Ducreay, Kennika, Dujon, Michael, Dulcie-Gomes, Elma
Iris, Duncan, Coltia, Durand, Benjamin, Durand, Charisma,
Durand, Davina, Durand, Fenella, Durand, Gweneth,
Durand, Jamal, Durand, Jerome, Durand, Jerome G.,
Durand, Kishma Reneesa, Durand, Rudolph , Duvivier,
Brandon, Eaves, Andy, Eaves, Denise Y., Williams, Andy,
Ebanks, Clyde, Jr., Ebanks, Justin, Ebanks, Nina,
Echevarria, Ivelte Robles, Echevania, Benjamin, Edward,
Damley Barry, Edward, Leara J., Edward, Lester R.,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 7

Edward, Martha, Edward, Patrick, Edwards, Maria T.,
Edwards, Rajin Akeem, Edwardson, Harris, Edwin,
Elizabeth, Edwin, Conrad, Elfreda, Maggie, Elizee,
Francisca Valentine, Elizee, Rochelle, Elston, Elston
Emile, Jr., Elwin, Franklin H., Emmanuel, Thecla S.,
Encanaciion, Jose Enrique, Encarnacion, Adaliz,
Encarnacion, Adriana, Encarnacion, Agustin, Encarnacion,
Alejandra, Encarnacion, Alejandro, Sr., Encarnacion,
Alejandro, Jr., Encarnacion, Alicia, Encarnacion, Braulio
Emanuel, Encarnacion, Carmen., Encarnacion, Domingo,
Encarnacion, Gregg, Encarnacion, Gregg, Jr.,
Encarnacion, Issac, Encarnacion, Javier, Encarnacion,
Jonathan, Encarnacion, Jose Crespo, Encarnacion,
Kayshla Ivelis, Encarnacion, Kevin L, Encarnacion,
Kimberly, Encarnacion, Luis R., Encarnacion, Lycha,
Encarnacion, Lydda, Encarnacion, Victoria, Encarnacion,
Carmen, Encarnacion, Martina, Encarnacion, Lydda
Esther Ramirez, Encarnacion, Martina Garcia,
Encarnacion, Norma L., Encarnacion, Orlando,
Encarnacion, Tamara Rosita, Encarnacion, Javier,
Encarnacion, Victoria Cruz, Encarnacion, Yvette,
Errilienne, Chauncy S., Escobar, Angela, Escobar,
Antonio, Espephane, Virginia, Estephane, Sarah, Etienne,
Matthew, Etienne, Marie, Ettienne, Gervais Carlton,
Ettienne, Kareem, Ettienne, Madona, Ettienne, Sandra C.,
Eufracia, Johanna, Eugene, Felixia, Eugene, Sharigeie,
Eugene, Vernancia, Evans, Corenzo, Evans, Jermell,  –
Evelyn, Betty Regina, Evelyn, Sylvia, Evelington, Jasiem
C., Fabio, Ana C.,Feliciano, Brandon Lee, Feliciano,
Gladys Cadiz, Feliciano, Jamal, Feliciano, Nilsa Milagro,
Feliciano, Pedro, Feliciano, Roberto, Felicien, Greg,
Felicien, Greg, Jr., Felix, Alane Kersha, Felix, Alvin M.,
Felix, Anisluna Marie, Felix, Attiana, Felix, Carlos Miguel,
Felix, Domingo, Felix, Edyse Marie, Felix, Felisha Delia,
Felix, Franchesca, Felix, Gladys Vanessa, Felix, Hyacinth,
Felix, Isabel, Felix-Ortiz, Isidoro, Felix, Jamilex Marie,
Felix, Jose Anibal, Felix, Manual, Sr., Felix, Mara, Walters,
Wiston, Felix, Maria, Acosta, Edelmiro, Felix, Marius, Felix,
Mathilda, Felix, May Agnes, Felix, Julio, Felix, Miguel, Jr.,
Felix, Miguelina Sanes, Felix, Pricila, Felix, Ricardo A.,
Felix, Alicia, Felix, Rosa N., Felix, Sandra, Felix, Sasha
Mane, Felix, Yasmine Marie, Felix-Ortiz, Isidoro, Felix-
Saldana, Laura, Ferdinand, Brenda, Ferdinand, DeBlicca

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 8

A., Ferdinand, Geovanniz B., Ferdinand, Jakarra A.,
Ferdinand, Mathilda, Ferdinand, Donald, Ferdinand,
Pearline E., Ferdinand, Samuel, Fergus, Saybeck D.,
Fernand, Kennedy N., Ferrett, Joyce, Ferris, Anayah,
Ferris, Corally B., Figueroa, Carlos, Jr., Figueroa, Dima
Rosa, Figueroa, Luisa Rosa, Figueroa, Mitchelle,
Figueroa, Yesenia, Flavien, Delia, Fleming, Gladys,
Fleming, Shamsey, Fleming, Steward, Flores, Carlos
Antonio, Flores-Reyes, Marlon David, Hernandez, Ruth,
Floyd, Joseph, Floyd, Ruthlyn, Fontenelle, Cuby,
Fontenelle, Daisy Ann, Fontenelle, Eustace, Fontenelle,
Francesica, Fontenelle, Felix, Fontenelle, Jonathan,
Fontenelle, Kenyen Kareem, Fontenelle, Nasha Tessa,
Francis, Beverly, Francis, Elceta, Francis, Fitzroy Noel,
Francis, Joaquin, Francis, Kenny Lucky, Francis, Patricia
Agatha, Francis, Ronald Winston, Francis, Ernie, Francis,
Sady Royanne, Francis, Travis, Frank, Natasha, Franklin,
Flood, Franklin, Hilda, Frederick, Hubert James, Frederick,
Korah, Frederick, Ruthlyn, Frederick-Walker, Octavia
Agata, Fugan, Sheila, Fulgencio, Jose' Antonio, Fulgencio,
Luis M., Gabriel, Roselyn, Garcia, Angel M., Garcia, Maria,
Garcia, Ashley Gailene, Garcia, Giselle, Garcia, Jonathan,
Garcia, Luis Rivera, Garcia, Martina, Garcia, Maureen,
Garcia, Michael A., Garcia, Mirta, Garcia, Nelson, Garcia,
Nelson Gabriel, Garcia, Pablo, Garcia, Pedro, Garcia,
Reynaldo, Garcia, Samuel, Jr., Garcia, Tomas, Gaskill,
Sylvia, Gaskin, Elston Emile, Avril-Gaskin, Christina,
Gaston, Esther, George, Inez, George, Leola Vanessa,
George, Lucia, Gilbert, Annabelle, Gilbert, Charles, Gilbert,
Eleanor DelCarmelo, Gilbert, Inglid Ala, Gilbert, Luander,
Gilbert, Nadia Lynn, Gilbert, Scott, Giron, Minerva, Giron,
Otilio, Gittens, Maria E., Glasgow, George R., Sr., Golden,
Brandon L., Gomes, Jason, Gomes, Joan, Gomes,
Kessuma, Gomes, Lydia, Gomez, Angel, Jr., Gomez,
Anthony I., Gomez, Jacqueline, Gonzague, Jovon J.,
Gonzalez Castellano, Acelia, Gonzalez, Angel Garcia,
Gonzalez, David, Gonzalez, Felix, Jr., Gonzalez, Josefina,
Gonzalez, Loyda Iris, Gonzalez, Edwin, Gonzalez, Luis,
Gonzalez, Ana, Gonzalez, Margarita, Gonzalez, Miguel,
Gonzalez, Maria M., Gonzalez, Nancy, Gonzalez, Nancy
Melendez, Gonzalez, Nashalis, Gonzalez, Nigel Omar,
Gonzalez, Rolando, Gonzalez, Lydia, Gonzalez, Suzette,
Gonzalez, Victoria, Goodwin, Karen, Gordon, Railton R.,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 9

Gordon, Ionie, Green, Celestina J., Green, Vernon, Green, Inocencia, Green, Joel Severino, Green, Karen Anjear, Green, Krystal A., Green, Malique A., Greenaway, Charles, Greenaway, Dan William, Greenaway, Veronica, Greenidge, Sharon A., Greenidge, Yvonne L., Greenridge, Akeem, Greenway, Alesia, Greenway, Nelma Clarita, Grenidge, Kerisha J, Griffith, Denis, Griffith, Lisa, Griffith, Patricia Cynthia, Griffith, Roseline Mary, Guadalupe, Margarita, Guadalupe, Melissa Iveliz, Guadalupe-Vargas, Emanuel, Guadalupe-Vargas, Ernesto, Guadelupe-Solis, Ernesto, Guadelupe-Vargas, Sulymar, Guerrero, Mike, Guerrero, Sencion, Guerrero-Reyes, Carlita Cedero, Guadalupe, Abraham, Guzman, Angel L., Guzman, Karen L., Guzman, Sherry Mohammed, Guzman, Taahira, Halliday, Doreen , Halliday, Nathaniel, Halls. Leotha Anthonielia, Hamilton, Gloria, Hanley, Candace R., Harley, Anthony, Jr., Harley, Anthony Emanuel, Sr., Harper, Rosamond Kathlien Alston, Harrigan, Byron, Harrigan, Faith C., Harrigan, Mario, Harrigan, Henry Adolphus, Harrigan, Mario Andre Christian, Harrigan, Suzette Elizabeth, Harris, Asheme H., Harris, Joseph N., Harris, Kevin Marlon, Hassell, Lorrenie V., Haynes, Charles Emanuel, Jr., Haynes, Gordon M., Haynes, Michelle T., Hector, Geraldine, Hector, Mendelsohn Albixins, Hembricks, Ruth, Hendricks, I'Fuewla J., Hendrickson, Kenisha Cassandra, Henry, Calva, Henry, Carroll, Henry, Christene E., Henry, Christina, Henry, Dalmer A.T., Henry, Darian J., Henry, Dejongh, Henry, Deshawna, Henry, Hezon Kevin, Henry, Leonetta C., Henry, Lucille Mitchell, Henry, Michael, Henry, Michael A., Henry, Micheline, Henry, Nilsa, Henry, Nimali, Henry, Zamaria Chiquindalla, Hepburn, Maria Magdalena, Herbert, Michael, Jr., Herbert, Sheila S.B., Herman, Francisca ., Henry, Lucille, Herman, Thimothy, Hernandez, Maria Morales, Hernandez, Ruth Reyes, Herrera, Aurelia, Herrera, Barbara I., Herrera, Cindy J., Herrera, Elizabeth, Herrera, Janet, Herrera, Jazmin, Herrera, Jose, III, Herrera, Margarita, Herrera, Milda Luz, Herrera, Pedro, Hitram, Dhanivantie, Hodge, Edmond, Hodge, Clara, Hodge, Edmond S., Hodge, F. Pearl, Hodge, Wilhelmina, Hodge, Yvonne, Holmes, Clari C., Hosier, Conroy Tyrone, Sr., Hosier, Jamaar Lamont, Hospedales, Dennis, Hospedales, Lorna Gloria, Hospedales, Ralph, Howell, Chenelee, Howell, Jamaal,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 10

Howell, Jonett, Howell, Spencer, Hubert, Pius J., Huertas, Amiah J'Nae, Huertas, Nancy, Huertas, OKeisha J., Huertas, Rolando, Huertas, Ospicio, Huggins, Veronica Alberta, Hughes, Albeit Leon, Hughes, Careen D., Humphrey, Rasheedah Sequioa, Humphrey, Samuel Emanuel, Jr., Humphreys, Irine Celestina, Humphreys, Samuel Emanuel, Sr., Hurtault, Gideon Felix, Hutchinson, Edmond, Inslen, Prisca Paul, Iona, Cecilia, Pedro, Isaac, Phillip, Isaac, Stella B., Isaac, Derrell, Isidore, Vivian, Jackson, Helen May M., Jackson, Paddy O., Jackson, Silver S., Jagroop, Violet, Jairam, Kelman Eldwyn, Sr., James, Amathys Sheervone, James, Beatrice S., James, Brenda Michael, James, Dominique, James, Eleanor Rosita, James, Inez Delvitt, James, Jana May, James, Jasmine Frances, James, Jeramy, James, Joseph I., James, Josh, James, Kamal, James, Kareem Dwayne, James, Lestroy A., James, Nefeteria, James, Pauline, James, Raymond Gilbert, James, Reva Holly, James, Shaka Atiba, James, Sheriffa, James, Sheryl, James, Sulika Ann, James, Sybil, Jarvis, Catherine R., Jarvis, Euslace B. Sylvester, Jarvis, Loretta F., Jarvis, Yolanda, Jean, Idonia Debora, Jean, Keran, Jean-Baptiste, George, Jean-Baptiste, Lisa, Jean-Baptiste, Magdalena, Jean-Baptiste, Tamera Natashia, Jean-Baptiste, Tia Natakie, Jean-Pierre, Cornelius, Jean-Pierre, Edmay Grace, Jenkins, Doris, Jimenez, Angelina Melendez, Jimenez, Hostavio Melendez, Jimenez, Jose M.O., Jimenez, Pablo Melendez, Jn Louis, Chivonne Tamika, Jn. Baptiste, Marlisha, Joachim, Albeit, Sr., Jobity, Foster, Jobity, Josslyn, Johannes, Allan, Johannes, Shiraine, John, Anne, John-Baptiste, Dian, John-Baptiste, Elitta, John-Baptiste, Euflield, John-Baptiste, Juliana, John-Baptiste, Peter, John-Baptiste, Peter, Johnson, Eleanor, Johnson, Nylah, Johny, Aloysius, Johny, Hildera, Jones, Adolphus Benteto, Jones, Caleb Joshua, Jones, Effrail F., Jr., Jones, Effrail F., Sr., Jones, Elson Adolphus, Jones, Emilia, Jones, Gertrude J., Jones, Jamal, Jones, Janice Eyvette, Jones, Janice V., Jones, Nora Idalia, Jose DeWilliams, Dinorah Clarabcl, Joseph, Adriana, Joseph, George, Joseph, Alicia, Joseph, Anderson, Joseph, Arthur F., Joseph, Brendagail, Joseph, Camillia Pamela, Joseph, Colin George, Joseph, Denfield, Joseph, Dezni, Joseph, Emma Shelley, Joseph, Ethla A., Joseph, Fernella, Joseph,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 11

Gemel A., Joseph, George E., Sr., Joseph, Glenda,
Joseph, Helen M., Joseph, Hilary, Joseph, James, Jr.,
Joseph, Jason D., Joseph, Jonathan, Joseph, Latoya,
Joseph, Leaon Joy, Joseph, Lina Mathurin, Joseph,
Loama, Joseph, Martin, Joseph, Melrose Samuel, Joseph,
Osei, Joseph, Phillip, Jr., Joseph, Phillip John, Joseph,
Regina, Joseph, St. George, Joseph, Stevenson Calvin,
Joseph, Sylvia, Joseph, Tyrone, Joseph, Wendyann, Kent,
Mary M., Khodra, Vienna Clerona, King, Carlos Juan,
King, Cyprian C., King, Kiddisha, King, Kimberly, King,
Kimmisba, King, Lorna, King, Rachel C., King, Tamisha S.,
King, Venita P., Kirby, Elroy Ilford, Kirby, Floretta Dany,
Kilure, Lucina V., Kiture, Patricia Delana, Knight, Icilma P.,
Knowles, Dannis H., Lacan, Elijah, LaFond, Cletus St.
Aubin, LaForce, Cassandra, LaForce, Joseph, LaForce,
Samantha M., Lang-David, Florine M.Languedoc,
Clement, Languedoc, Flavian, Lanzo, Artemia Santiago,
Santiago, Fennin, Lao, Aira M., Lao, Carmen Milagros,
Lappost, Elizabeth, Laurencin, Augustus, Laurencin,
Augustus, Jr., Laurencin, Silva, Lawrence, Brandon
Orlando, Lawrence, Kalim Tyreek, Lawrence, Lister V.,
Lebro, Secundina Encanacion, Lebron, Fennin, Jr.,
Lebron, Grisel Anette, Lebron, Jose M., Sr., Lebron, Maria,
Lebron, Jose Manuel, Jr., Lebron, Maria Sacorro, Lebron,
Marianyelis, Lebron, Mariluz, Lecointe, Chad, Lecointe,
Gloria, Lecointe, Thomas Lincoln, Lee, Hubert, Jr., Lee,
Hubert Wyllis, Lee, Klisten Samantha, Lee, Patsy
Elizabeth, Legair, Althea Omega, Legair, Hubert Aster,
Legrand, Vivian, Leo, Datius, Leo, Donelle, Leo, Elmira,
Leo, John Baptiste, Leo, Lavelle, Leo, Mary Theresa, Leo,
Nela, Leo, Tishanda, Leo, Troy Danny, Leo, Uland J.,
Leon, James Llewellyn, Leonce, Herbert, Lewis, Anne
Marie, Lewis, Camelita Farrell, Lewis, Ricky, Liburd,
Bianca Delilah, Liburd, Brenda Francine, Linares, Abigail,
Linares, Angel Luis, Linares, Maria Luisa, Linares, Maria
Magalli, Llanos, Anthony, Llanos, Veronica, Llanos,
Veronique A., Lloyd, Ash-lee B., Lloyd, Brenda-Lee
Newton, Lloyd, Teshara L., Loblack, Manette, Lockhart,
Daphne Emily, Lockhart, Jessica, Lockhart, Paul,
Lockhart, Sandra L., Lockhart, Wayne Joseph, London,
Shamina, Lopez, Carmen M, Lopez, Damien H., Lopez,
Jashira M., Lopez, Maishaleen, Lopez, Miguel A., Jr.,
Lopez, Miguel A., Sr., Lopez, MyrnaLopez, Nellie J., Louis,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 12

Marcelline, Louis, Titus M., Louison, Elfrida, Louisy-
Andrew, Julita, Lubin, Apreel, Lubin, Beverly, Lubin, Joel
Patrick, Lubin, Jonah, Jr., Lubin, Jonah, Sr., Lugo, Corali,
Lugo, Giselle, logo, Jerge L., Lugo, Krystal, Lugo, Marc A.,
Lugo, Naomi, Mabel Prime, Melissa Carole, Madrigal,
Sandra, Magloire, Bernard, Malaykhan, Louis, Malaykhan,
Sham, Maiaykhan, Suraj, Maldonado, Alejandro,
Maldonado, Carmen P., Maldonado, Carmen Reyes,
Maldonado, Jose Aguestin, Maldonado, Louis, Maldonado,
Lucrecia R., Maldonado, Samir, Maldonado, Sixto Perez,
Malone, Shelmerdine Neomi, Maldonado, Veronica,
Maldonado, Louis, Maldonado, Ana, Matmers-Howell,
Orlette Jennifer, Howell, John, Maragh, Krystal, Marchan,
Michael F., Marchan, Elicia, Marcus, Winston, Marcus,
Pearl, Mark, Cynthia, Marrero, Migdalia, Marte, Franklin,
Marte, Altagracia, Martin, Fredrica V., Martin, Judith
Patricia , Martines, Pedro, Martinez, Andrea Corcino,
Martinez, Concepcion, Martinez, Benjamin M., Martinez,
Bianca, Martinez, Bryan Michael, Martinez, Carlos Rene,
Martinez, Carmen Alicia, Martinez, Gerson, Martinez,
Carmen D., Martinez, Cynthia Lee, Martinez, Eli S., Jr.,
Martinez, Eli S., Sr., Martinez, Maria, Martinez, Elia Enid,
Cruz, Luis, Martinez, Elizamalie, Martinez, Eroilda,
Martinez, Misael, Martinez, Gerson, Jr., Martinez, Gerson
Nickey, Martinez, Carmen, Martinez, Gumercinda,
Martinez, Hector, Martinez, Hector A., Martinez, Humberto,
Martinez, Joel Ameth, Martinez, Josefina, Martinez,   –
Lynnette, Martinez, Maria J., Martinez, Maria M., Martinez,
Meridith, Martinez, Miguel A., Martinez, Milagros, Martinez,
Ovidia, Martinez, Raisa, Martinez, Ruth, Martinez,
Salvador, Corcino, Iris, Martinez, Salvador, Jr., Martinez,
Samuel, Martinez, Selena, Martinez, Waldemar, Martinez,
Yessenia, Martinez, Yhadira N., Martinez-Vazquez,
Ramon, Martin-Hosier, Sylvanita, Hosier, Conroy, Mason,
Rose Mary, Mason, Gary, Massey, Ifa Efuru, Massey, Lee
Allen, Jr., Knight, Barbara, Masud, Nilka Karina, Mateo,
Raymond, Mateo, Michelle M., Mateo, Ramon, III,
Mathurin, John, Mathurin, Mary K., Matthew, Alford M., Sr.,
Matthew, Anthony P., Matthew, Asiah S., Matthew, Collins
McNeal, Matthew, Estine D., Matthew, Euphelie, Matthew,
Martin, Matthew, George G., Nesbitt-Matthew, Jean,
Matthew, George G., Jr., Matthew, Guenett Gwynette,
Matthew, Jacquez, Matthew, Jared, Matthew, Maria,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 13

Matthew, Martin, Matthew, Authely, Matthew, Mathias,
Matthew, Verone, Matthew, Michael L., Matthew, Mitchell,
Sr., Matthew, Lorraine, Matthew, Patricia B., Matthew,
Sharif, Matthew, Sherlly, Matthew, Tasha A., Matthew,
Tenorya N., Matthew, Vancaraghtavan, Paul, Cleo,
Matthews, Jenner, Matthews, Jerome A., Matthews,
Jennifer, Matthews, Jeronetha, Matthews, Jesron,
Maxwell, Weldon J., Mayers, John, Mayers, Johnathan,
Mayers, Mary, Mayers, Merlinda, Mayers, Samanthea,
Maynaro, Chamarie, Maynard, Charles A., Maynard,
Cherene, Maynard, Juistine K., Maynard, Krystine,
Maynard, Maria, Maynard, Charles, Maynard, Nadean V.,
Maynard, Rohana Y., Maynard, Eustace, McAlpin-Clarke,
Carmen, Clarke, Elroy, McFarlane, Kandiss A., McFarlane,
Mary, McKenzie, Eli Charles, McKenzie, Sybil Swanston,
McLene, Margaret A., McLene, Mavin A., McLene,
Paulinda, McLene, Shana E, Meade, Stedroy T., Meade,
Morel, Medina, Elizabeth, Medina, Elizabeth Colon,
Medina, Eric Nelson, Medina, Tamesha, Medina, Yarieliz,
Melendez, Anaylie, Melendez, Benitez Antonio, Carrion,
Barbara, Melendez, Carmen M., Melendez, Eduarda J.,
Quinones, Pablo, Melendez, Emmanuel, Melendez, Fanny
M, Melendez, Francisco, Melendez, Jose, Melendez, Jose
Reyes, Melendez, Francisca, Melendez, Karim Giselle,
Melendez, Manuel, Jr., Melendez, Maria D., Melendez,
Mario Abel, Melendez, Martin, Melendez, Paula,
Melendez, Midalys, Melendez, Mitzaida, Melendez, Mitzy
M., Arroyo, Manuel, Melendez, Moiseni, Melendez, Sol,
Melendez, Moises, III, Melendez, Moises , Jr., Melendez,
Orlando, Melendez, Anna, Melendez, Orlando, Jr.,
Melendez, Paula, Melendez, Secundino Mercado,
Mercado, Ernestina, Melendez, Sonia Rodriguez,
Melendez, Sonieliz, Melendez, Wilfreda, Melendez,
Wilfredo, Jr., Melendez, Yolanda, Melendez, Yomayra E.,
Melendez, Zoraida Rodtiguez, Melendez, Zuleyka Marie,
Melendez, Zulma E., Melendez, Abel, Mena, Nelson,
Menders, Reynard, Jr., Mendoza, Michael, Mendoza,
Misael, Mendoza, Misael, Jr., Mendoza, Zoraida, Mercado,
Andres, Mercado, Angel Manuel, Mercado, Ernestina R.,
Mercado, Inna I., Mercado, Jose Luis, Mercado, Sujeira
Mundo de, Mercedes, Jaqueline Adliana, Minyo, Jannette
Elisa, Miranda, Angel Luis, Miranda, Cesarina, Miranda,
Danilo Cortrreal, Miranda, Felipe, Miranda, Julio, Miranda,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 14

Krysaly Angelis, Miranda, Migueal Angel, Miranda, Noemi,
Miranda, Sara, Miranda-Huertas, Miguel Angel, Mitchell,
Claire, Mitchell, Claire M., Mitchell, Francis, Mitchell,
Janice, Mitchell, Jennifer Juanita, Mitchell, Marius,
Mitchell, Nancy Robin, Mitchell, Natasha, Mitchell,
Queana, Mitchell, Sharon A., Modeste, Mary C., Moe,
Lucille L., Moe, Melwyn, Moe, Russell M., Mohammed,
Jennifa, Mohammed, Shiroon, Mondesir, Anneisha M.,
Mondesir, Ei'Liazer, Mondesir, Mitch Eli, Monel, Gregorio,
Monell, Lydia, Gonzalez, Rolando, Montanez, Ana M.,
Montanez, Damarie, Montanez, Juan R., Jr., Montanez,
Juan R., Sr., Montanez, Lisaminelli, Montanez, Maria Luz,
Montanez, Mariela E., Montanez, Yania N. Santiago,
Montez, Elvin, Montez, Ismael, Jr., Moore, Kyshanna,
Moore, Trisha, Morain, Catherine, Morales, Ana Rosa,
Morales, Angel M., Morales, Anna, Morales, Armando,
Morales, Ivelisse, Morales, Aureliano, Morales, Norberta,
Morales, Carlos, Morales, Carmen T., Morales, Kevin M.,
Morales, Kiara D., Morales, Luis Raul, Morales, Maria Luz,
Morales, Julio, Morales, Norberta, Morales, Aureliano,
Morales, Victor Manuel, Morales, Yara Esther, Morris,
Sennet, Sr., Morris, Ersilie, Morton, Doris Eglante, Morton,
Julian E., Morton, Julian E., Jr., Morton, Nyasha, Morton,
Victor Emanuel, Moxam, Monea Maltica, Murren, Scipio,
Murren, Shirley, Navano, Alberto, Navarro, Alex A.,
Navarro, Avilio, Jr., Navarro, Carlos Juan, Jr., Navarro,
Carmen M., Navarro, Elsa E., Navarro, Anastacio,
Navarro, Gabi, Navarro, Jahaira, Navarro, Jahvan Jafet,
Navarro, Jessica, Navarro, Jessica M., Navarro, Juan
Enrique, Navarro, Luz Delia ,Navarro, Maria Marcedes
Rivera, Navarro, Marilin M., Navarro, Michelle M., Navarro,
Monica R., Navarro, Carlos, Navarro, Monica S., Navarro,
Nelson, Jr., Navarro, Amparo, Navarro, Nelson, Jr.,
Navarro, Nicolas, Navarro, Shania, Navarro, Yornelys,
Nelis, Richard Pena, Nelson, Judith V., Nelson, Trevor O.,
Nelsons, Catoiska Mary, Nesbitt, Odelia, Nesbitt-Matthew,
Jean Allison, Matthew, George, Newton, Mary, Newton,
Olivia, Nicholas, Dante, Nicholas, Joan, Nicholas, Latoya,
Nicholas, Sandy, Nieves, Dorotea M., Nieves, Jesus,
Nieves, Marie, Nieves-Cruz, Leonor, Nisbett, Elizabeth,
Nisbett, Giselle K., Nisbett, Tamesha L., Nixon, Sean M.,
Nixon, Shoy C., Noel, Matthew, Noel, Phyllipa A., Nolasco,
Jennifer, Nolasco, Laura Daniel, Nolasco, Rosa M.,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 15

Nolasco, Angel, Nurse, Carole N., Nurse, Daniel A., Nurse,
David L., Nurse, Jeffrey R., Nurse, Keturah, Nurse,
Lennard, Nurse, Makeda, Nurse, Mariska D., Nurse,
Sharifa, Nyack., Alexander, Nyack, Gerard Sheldon,
Nyack, Marilyn, O'Neal, Brendan Amande, Olivo, Angelina,
Olivo, Marelyn Janet, Olivo, Pablo, Olivo, Raquel F.,
Jimenez, Jose, O'Neil, Carlton, Sr., O'Reilly, Wilburn,
Ortiz, Edwin, Ortiz, Edwin, Jr., Ortiz, Felipe, Ortiz, Jessica
Mariel, Ortiz, Jose, Sr., Ortiz, Klaribel C., Ortiz, Luis D.,
Ortiz, Tisha,  Ortiz, Luis E., Jr., Ortiz, Mario Jr., Oscar,
Malina, Osorio-Brooks, Wanda Yvette, Brooks, Edwin,
Ozoria, Victor M., Paige, Alvin A., Paige, Ara M., Pant,
Shaquille, Parrilla, Zoraida, Parrilla, Andres A., Ayala,
Escolastica, Parrilla, Angel L., Parrilla, Angel L., Parrilla,
Angel M., Parrilla, Carmelo, Jr., Parrilla, Carmelo C.,
Parrilla, Delia, Parrilla, Delores L., Parrilla, Roberto,
Parrilla, Eddie Nelson, Parrilla, Eladia, Parrilla, Evelyn L.,
Parrilla, Guadalupe Soto, Parrilla, Jaidy Aretha, Parrilla,
Joel, Parrilla, Jose Luis, Sr., Parrilla, Jose Luis, Parrilla,
Juan M., Parrilla, Julianee, Parrilla, Luis J., Parrilla, Luis
R., Jr., Panilla, Luis R, Sr., Parrilla, Luz D., Parrilla, Luz
Omaha, Panilla, Maria R., Parrilla, Marilyn,  Parrilla,
Orlando, Parrilla, Orlimagelys, Parrilla, Raquel C., Parrilla,
Roberto, Parrilla, Delores, Parrilla, Roberto, Jr., Parrilla,
Rociela, Parrilla, Shidoya Jane, Parrilla, Sonia, Parrilla,
Sonia N., Parrilla, Sophia Joseph, Parrilla, Teodosa C.,
Parrilla, Virgen D., Parrilla, Wilferdo, Parrille, Christian B.,
Jr., Parrille, Natacha N., Parson, Gerrie Gregory, Patrick,
Nadine, Paul, Cleo P., Paul, Lincoln Pete, Paulina,
Dominga, Paulina, Pedro O.S., Payne, Bassilia, Pedro,
Amberlee A., Pedro, Marva Elisia, Pedro, Reginald J.,
Pemberton, Candis M., Pemberton, Charles Henry,
Pemberton, Marjorie C., Pena, Liza S., Penn, Arlene
Maria, Pennyfeather, Esther D., Perdomo, Teresa, Perez,
Alex J., Perez, Angel M., Perez, Carlos A., Jr., Perez,
Carlos A., Sr., Perez, Carmen L., Perez, Carmen Yolanda,
Perez, Eulogio, Perez, Eulogio, Jr., Perez, Fernando,
Perez, Jaquelyn Acosta, Perez, Jaritza, Perez, Javier,
Perez, Jessica Marie, Perez, Jesus Manuel, Perez,
Joandra, Perez, Jorge Antonio, Perez, Jose M., Perez,
Maria D., Perez, Maria Dolores Guerra, Perez, Naishma
K., Perez, Nilda Ivette, Perez, Nydia E., Perez, Paulino,
Perez, Pedro, Perez, Pedro Juan, Perez, Raul M., Perez,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 16

Robinson, Perez, Rosario R., Perez, Sheila E., Perez,
Tuwanda, Perez, Victor, Jr., Perez, Vilma, Perez, Vitma
C., Perez, Xavier M., Perez, Yamuel Omar, Perez, Yomar
A.,  Perez-Legrand, Yamaira, Peligord, Flitz, Peter, Cyril,
Peter, Lisa D., Peters, Julian, Peterson, Angiemarie
Molina, Peterson, Burton, Peterson, Deborah, Peterson,
De Andre, Peterson, Nathan, Peterson, Shariska S.,
Peterson, Verna Leo, Philbert, Myron B., Phillip, Arthur
Martin, Phillip, Martial, Phillip, Marva Sheraphin, Phillip,
Marvin, Phillips, Terry, Phillip-Thomas, Cecile, Picart, Jose
L., Picart, Maria, Pierre, Bernadine S., Pierre, Margaret O.,
Pierre, Ruth, Pierzon, Carlos,  Pilier, Lizando, Pilicr,
Lizangel, Pinero, Sixto, Pizarro, Neftali Ramos, Plaskett,
Dilio M., Polidore, Cornelia, Poiidore, Keriscia, Polydore,
Shernica S., Ponce, Carlos Boulogne, Valentin, Carmen,
Ponce, Catalina, Prescott, Annette, Prescott, Eustace,
Prescott, Josephine, Prescott, Nancy, Prescott, Pascal,
Prescott, Traney', President, Kimbel, President, Kimberly,
Preville, Godfrey Gordon, Preville, Iris Mirta, Prime, Dale
B., Prime, Hollis A., Prosper, Alejandrina, Prosper,
Catherine, Prosper, Joseph P., Pryce, David, Pryce,
Philbert Patrick, Jr., Quildan, Nolise Isabelle, Quildan,
Jerimiah, Quinland, Annette O., Quinland, Latoya S.,
Quinland, Tiffany Ayana, Quinones, Ana, Quinones, Elva
Nidia, Quinones, Jose William, Quinones, Juanita,
Quinones, Luz Maria Fabian, Quinones, Luz N., Quinones,
Maria, Quinones, Pablo M., Quinones, Ruth Arlene,       -
Quinones, Sila, Quinones, Ulises Jose, Quinones,
Wilfredo, Quinones, Wilfredo, Jr., Quinones, Juanita,
Quiones, Carlos, Jr., Rambally, Albertha,  Rambally, Kevin
James,  Rambally, Robert R., Ramirez, Awilda, Ramirez,
Denirka V., Ramirez, Diego, Ramirez, Edwardo, Ramirez,
Edwin, Ramirez, Joel,  Ramirez, Pablo Javier, Ramirez,
Ramon Luio, Ramirez, Teresa, Ramos, Andrea Felix,
Ramos, Brunilda, Ramos, Claribel, Ramos, Emanuel,
Ramos, Gabriel, Ramos, Gabriel, Ramos, Gabrielito,
Ramos, Ismael F., Ramos, Israel, Ramos, Jaime Lee,
Ramos, Jasmin E., Ramos, Jasmin J., Ramos, Javier,
Ramos, Jayne L., Ramos, Jorge, Ramos, Josefina,
Ramos, Josefina Isabel, Ramos, Marcela P., Ramos,
Pricila N., Ramos, Rosaicela, Ramos, Yashira M., Rawlins,
Nikisha,  Reid, Cornel S., Rentas, Eugenia Matta, Belardo,
Rafael, Rey, Germaine E., Reyes, Amparo Rodriguez,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 17

Reyes, Evaristo, Reyes, Francisca, Melendez, Jose,
Reyes, Jose A., Reyes, Juan Anibal, Reyes, Junico,
Reyes, Maximo Guerrero, Reyes, Pura Flores, Richards,
Agnes Calmele, Richards, Althea Yenetta, Richards, Carol
D., Richards, Elrose, Richards, Hilroy Rex, Richards,
Rashad, Richardson, Alpheoms O., Richardson, Arnold,
Richardson, Brian H., Richardson, Harris P., Richardson,
Carla, Richardson, Laurencea Lolita,  Richardson, Marilyn
A., Rios, Etanislao Rosa, Rosa, Crucita, Rios, Iginio
Santos, Rios, Ramona Santos, Rishi-Maharaj, Ramsey,
Rishi-Maharaj, Shirley M., Rivera, Adrian, Rivera,
Altagracia Aybar, Rivera, Ana L., Rivera, Andres, Rivera,
Andres, Jr., Rivera, Belkis, Rivera, Brenda H., Rivera,
Brunilda Gomez, Delerme, Eduardo, Rivera, Damaris Liz,
Rivera, Dionisio, Rivera, Erick, Rivera, Felix, III, Rivera,
Felix E., Rivera, Iris N., Rivera, Isabel Marie, Rivera,
Jacqueline Marie, Rivera, Javier Angel, Rivera, Jesibel,
Rivera, Jessina, Rivera, Jose A., Rivera, Jose N., Lenaris,
Maria, Rivera, Joseph, Rivera, Joshua, Rivera, Juan L.,
Rivera, Judith, Rivera, Julio Colon, Rivera, Julio Angel,
Rivera, Justin, Rivera, Laura, Rivera, Leonardo, Jr.,
Rivera, Leonardo Rosa, Rivera, Luis Alberto, Rivera,
Marcelino, Jr., Rivera, Marcelino Navarro, Rivera, Marcos
Antonio, Jr., Rivera, Maria Casilda, Rivera, Malie Lou,
Rivera, Marisol, Garcia, Reynaldo, Rivera, Mercedes,
Rivera, Miriam D., Rivera, Monica, Rivera, Nancy I.,
Rivera, Norberto Felipe, Rivera, O'Dalis Yecenia, Rivera,
Ocairy Selenia, Rivera, Ommi Alexander,  Rivera, Raquel,
Rivera, Roberto, Rivera, Roberto Luis, Rivera, Samuel, Jr.,
Rivera, Sandro, Rivera, Tomasa, Rivera, Yesenia, Rivera-
Martinez, Florita, Riviera, Jeanette M., Roberts, Alma G.,
Roberts, Cynthia Emelde, Roberts, James Alexander, Sr.,
Roberts, Tinisha Ruby, Roberts, Zamir Kendall James,
Robinson, Leona Virginia, Robles, Ana Maria, Rodriguez,
Danny, Robles, Angel Luis, Robles, Angel Luis, Jr.,
Robles, Antonio Ramirez, Ramirez, Mirta, Robles,
Benjamin ,Jr., Casanova, Jessica, Robles, Cesar, Robles,
Eliseo, Robles, Ismael, Robles, Ivette, Robles, Benjamin,
Robles, Jose Luis, Robles, Josefina Letty, Robles, Marcela
M., Rodney, Martina Lucretia, Rodriguez, Agustin,
Rodriguez, Ana Gloria, Rodriguez, Antonio M., Rodriguez,
Benigno, Cuencas, Iris, Rodriguez, Benigno, Jr.,
Rodriguez, Carmen M., Rodriguez, Carysh Mely,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 18

Rodriguez, Casiano G., Rodriguez, Carlita, Rodriguez, Concepcion Santos, Jr., Rodriguez, Daisy Sanchez, Sanchez, Luis, Rodriguez, Daniel, Rodriguez, Edmanuel, Rodriguez, Edmirelis,  Rodriguez, Edwin, Rodriguez, Edwin, Jr., Rodriguez, Gisela Santana, Rodriguez, Indializ Marie, Rodriguez, Isabel B., Rodriguez, Isha, Rodriguez, Ismael, Rodriguez, Ismael, Rodriguez, Jahsamie Ashante, Rodriguez, Jameel, Rodriguez, Jesus, Rodriguez, Jesus Antonio, Rodriguez, Jose, Rodriguez, Jose, Jr., Rodriguez, Jose M., Rodriguez, Jose M., Rodriguez, Jose Manuel Acosta, Rodriguez, Jose W, Rodriguez, Juan, Jr., Rodriguez, Luz, Rodriguez, Juan Emanuel, Rodriguez, Kenia M., Rodriguez, Renaldo, Rodriguez, Leonard, Rodriguez, Leslie Aim, Rodriguez, Lillian, Rodriguez, Lizbeth, Rodriguez, Luis Alberto, Rodriguez, Luz E., Rodriguez, Luz Eneida, Rodriguez, Concepcion, Rodriguez, Maria D., Rodriguez, Marie Carmen, Rodriguez, Mary S., Rodriguez, Mercedes, Rodriguez, Miguel Angel, Rodriguez, Miguely, Rodriguez, Milagrito, Rodriguez, Milagritos, Rodriguez, Nazario Navarro, Rodriguez, Olga, Rodriguez, Richard Garcia, Rodriguez, Ruth, Rodriguez, Samuel, Rodriguez, Sandra Medina, Rodriguez, Santos Manuel, Rodriguez, Sara, Rodriguez, Sara I., Rodriguez, Selena Leandra, Rodriguez, Sharon, Rodriguez, Thamara Marie, Rodriguez, Tomas Acosta, Rodriguez, Veronica, Rodriguez, Wilberto Ortiz, Rodriguez, William Reyes, Rodriguez, Yamarie, Rodriguez, Zenaida, Rodriguez, Zulma Neerida, Rodriguez-Maldonado, Agustin, Benitez, Isabel, Rodriguez, Hellniuio Torres, Rivera, Doris, Roebuck, Tamisha M., Rogers, Akeel, Rogers, Ancelia, Rojas, Pablo, Roldan, Elvid, Roldan, Fernando Luis, Roldan, Inocencia, Roldan, Jeremy Luis, Roldan, Joshua Thadeus, Roldan, Lishanice, Roldan, Magali, Roldan, Eliud, Roldan, Shaedean Nichelle, Roman, Nestor,  Romero, Anaisa, Romero, Enrique, Romero, Juanita, Romney, Li'Coy, Romney, Othelia V., Romney, Raymundo M., Romney, Ron B., Romney, Selena M., Romney, Shemora Clystal, Rosa, Angel Luis, Rosa, Belen, Rosa, Crucita, Rosa, Etanislas, Rosa, Hector, Rosa, Irismilda Cruz, Rosa, Jose, Rosa, Edelmino, Rosa, Julio L., Rosa, Kary, Rosa, Lea, Rosa, Maria M., Rosa, Mercedes Gonzalez, Rosa, Moraima, Rosa, Olga Iris, Rosa, Pedro Rivera, Rivera,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 19

Angelita, Rosa, Roberto, Jr., Rosa, Sonia E., Rosado,
Shalila Lynn, Rosario, Angela, Rosario, Julio, Rosario,
Lillian, Ross, Dalanee, Ross, Delroy A., Ross, Elroy
Antonio, Jr., Ross, Neelia, Ross, Shameen, Rougier,
Mariah, Rougier, Tilda, Royer, Catherine, Royer, Flora
Avellin, Royer, Josephine, Royer, Philip, Rucci, Norma
Medina, Ruiz, Cristina, Ruiz, Keanu, Ruiz, Lydia E., Ryan,
Brittany, Ryan, Clara, Ryan, Donna, Ryan, Laurie, Ryan,
Phillip, Ryan, William, Sackey, Tyrone, Jr., Saldana, Alicia,
Saldana, Carlos, Saldana, Carlos, Jr., Saldana, Carmen
T., Saldana, Concepcion, Saldana, Eddie Abner, Saldana,
Edwin, Saldana, Juanita A., Saldana, Juanito, Saldana,
Epifania, Saldana, Marco A., Saldana, Maria E. Coto,
Saldana, Miguel Angel, Sr., Saldana, Raquel, Saldana,
Saulo, Jr., Saldana, Saulo,Sr., Saldana, Sheiry Mar,
Saldana, Trevor B., Samuel, Monica C., Samuel, Monica
V., Samuel, Sylvester C., Sanchez, Angel, Sanchez,
Benjamin M., Sanchez, Edith, Sanchez, Jose R., Sanchez,
Jose Alberto, Sanchez, Jose Enrique, Sanchez, Luis O.,
Rodriguez, Daisy, Sanchez-Delenne, Imary Liz, Sanes,
Andres, Jr., Sanes, Dialma Liz, Sanes, Dolores Sato,
Sanes, Genesis Marie, Sanes, Margaret A., Sanes, Maria
V., Sanes, Miguel, Sanes, Miguel Angel, Sanes, Mileyka,
Sanes, Nitza Yamira, Sanes, Norma, Sanes, Siomara,
Sanes, Sueheide Rodriguez, Sanes, Vicenta, Sanes
Acosta, Millia Yobeika, Sanez, Esther, Santana, Isabel,
Santell, Irson Reyes, Santiago, Alcadia, Alcadia, Iaving,–
Santiago, Carlos Sanes. Santiago, Carmen M., Santiago,
Cesario, Jr., Santiago, Milagro, Santiago, Daniel,
Santiago, Eliexer F., Santiago, Fernando, Santiago, Henry
Omar, Santiago, Irving, Santiago, Alcadia, Santiago,
Jahaira, Santiago, Jose Manuel, Santiago, Lisarosc M.,
Santiago, Lydia Martinez, Santiago, Lymalis, Santiago,
Maria, Santiago, Maria A., Santiago, Maynalys, Santiago,
Miguel Angel, Santiago, Miguel Crispin, Santiago,
Rubianna Marie, Santiago, Yolanda, Santos, Angelica,
Santos, Luis F., Jr., Santos, Luis Felipe, Santos, Patricia,
Santos, Theresita, Schneider, Marissa, Scotland, Brianna,
Scotland, Didace, Scotland, Bezilda, Scott, Sakina Lygie,
Sealey, Charles, Sebastian-Simon, Michelle Gayle,
Sebastien, Serna, Senthill, Glenney E., Senthill, Ulmont
A., Serrano, Paula, Severino, Ana, Shearn, Makieda
Marie, Sheriff, Brianna Mekilla, Sheriff, Mekiah Leeana,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 20

Sherwood, Joy Marion, Sherwood, Rueban, Sherwood, Joy, Simmonds, Christian A., Simmonds, Velda, Simmonds, Ena V., Simmonds, Shakima, Simmons, Jorden, Simmons, Judy Ruth, Simmons, Roland, Jr., Simmons, Roland, Sr., Simmons, Yancey M., Simon, Collin Algin, Simon, Dareon A., Simon, Elmeda Louise, Simon, Lyndy Natasha, Simon, Michelle Lisa, Simon, Rashaun A., Simon, Shakima Keishawna, Simon, Ulysses Fitzgerald, Slater, Ramisha, Smith, Candace Antoinette, Smith, Henry Elisha, Smith, Sandra, Smith, Janet, Smith, Keisha Patricia, Smith, Kevin Elisha, Smith, Natasha Phyllissa, Smith, Peter I., Smith, Sannul, Smith, Valentine, Soanes, Gwendoline, Soanes, Wycliff, Solis, Daisy, Solis, Jorg, Solomon, Maria Isabel, Solomon, Melrose C., Solomon, Winston Errol, Soto Ramos, Ana Rosa, Soto Ramos, Jeremy, Soto Ramos, Rosa, Soto, Ashley M., Soto, Benito, Soto, Benito, Jr., Soto, Crucita, Soto, Dolores Parilla, Soto, Domingo, Soto, Hector Luis, Soto, Jennifer, Soto, Jorge, Soto, Jorge, Jr., Soto, Jovany, Soto, Julio Luis, Jr., Soto, Luis Emmanuel, Soto, Luis Enrique, Soto, Luis Manuel, Jr., Soto, Luis Manuel, Sr., Soto, Iris, Soto, Maria, Soto, Odalys Tapia, Soto, Virgilio, Soto, Von Marie, Soto, Zuleyka, Sprauve, Rahsad Alexis, Sprauve, Ursula, Sprauve, Shamika M., Sprauve, Ursula Viola, Sprauve, Wayne Alexis, St. Brice, Agatha, St. Brice, Andrea P., St. Brice, Anthony, St. Brice, Benjamine, St. Brice, Benjamine, Jr., St. Brice, Burt Wendell, St. Brice,- Crystal, St. Brice, Diana, St. Brice, Evelyn, St. Brice, Kayla, St. Brice, Kianna, St. Brice, Majella, St. Brice, Mary, St. Brice, Nina, St. Brice, Simone, St. Brice, Tanesha, St. Rose, Olivia, St. Rose, Stephen, Stanilas, Leoca N., Stanley, Garilyn D., Stephen, Martin, Stephens, Yasmine M., Stevens, Alpha, Stevens, Claudia Fostina, Stevens, Daniel Raul, Stevens, David R., Stevens, David Relton, Stevens, Iesha, Stevens, Stephanie Merle, Stevens, Tadius A., Suarez, Roberto, Subalier, Julisa, Suffen, Lynda Ann, Suleiman, Eclema, Suleiman, Talibe, Swanston, Ritchie P., Swanston, Veronica, Sweeney, Carmen, Sweeney, Charles, Sydney, Adriana Viola, Sydney, John, Jr., Sydney, John, Sr., Sydney, Travis Nemiah, Taggatt, Rochael A., Tanis, Nahomey, Tanis, Tamirea Natalia, Tapia, Juan, III, Tapia, Surima M., Tavarez, Jose Manuel, Jr., Tavarez-Matthew, Eunice,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 21

Tavernier, Kristal, Tavernier, Nasline A., Tavernier,
Rachael Joseph, Tavernier, Nicholls, Taylor, Adrian M.,
Taylor, Annette June, Taylor, Beryl E., Taylor, Debbie
Roseann, Taylor, Evans, Taylor, Livingstone Seymour, Sr.,
Techeira, Cyril Albert , Techeira, Neldine, Theophilus,
Alita, Thomas, Alicia, Thomas, Berikiah Zephaniah,
Thomas, Dana J., Thomas, Darvin J., Thomas, Floyd,
Thomas, Frankie G., Thomas, Gertrude I., Thomas,
Harriet C., Thomas, Hilton, Thomas, Jacqueline
Evangueline, Thomas, Marsha Flavien, Thomas, Gary,
Thomas, Michelle L., Thomas, Olivet B., Thomas, Rachel
J., Thomas, Sandy, Thomas, Ucine Adina, Thomas,
Wendy C., Thomas-Henry, Donna Hazel-Ann, Thomas-
Petters, Anita S., Peters, Julian, Thompson, Mariel Helen,
Tirado, Nanna I., Titre, Claudette Ruth, Titre, Henry,
Tonge, Carmen Bonita, Tonge, Kiana Lee, Tonge, Pheobe
Elvena, Torres, Ana J., Torres, Antonio Monell, Torres,
Justina, Torres, Carmelo,Jr., Torres, Catty Oonys,
Cepeda, Wilson, Torres, Ernest Eugene, Torres, Gisela,
Torres, Giselle Carmona, Torres, Helmino, Jr., Torres,
Linda Yaritza, Torres, Pedro, Torres-Melendez, Jasmin,
Torres-Melendez, Pedro, Torres-Melendez, Saned,
Trowers, Trisha, Turner, Gwendolyn L., Turner, Valerie,
Urvina, Dena, Valentin, Carmen G., Valentin, Santiago O.,
Jr., Vargas, Brunilda Cruz, Vargas, Wanda L, Vasquez,
Jose E., Jr., Vasquez, Karina Milagros Pacheco, Vasquez,
Victor Enrique Ruiz, Vazquez, Antonio Luis, Vazquez,
Bryan Luis Pacheo, Vazquez, Jose E., Vazquez, Kristiall
Antonio Pacheco, Vega, Efrain, Vega, Fransheska, Vega,
Iris Luisa, Soto, Luis, Vega, Julia Maria, Vega, Luis Felix,
Vega, Luis Felix, Jr., Vega, Luz Delia, Vega, Shanely,
Vegas, Maribel, Velasquez, Angel Luis, Velasquez,
Genova, Velasquez, Olga Rivera, Velasquez, Petra, Velez,
Angel M., Velez, Luz, Velez, Armando, Velez, Maria,
Velez, Carmen Ramos, Velez, Corporina, Velez, Jose R.,
Velez, Norma, Velez, Jose Ramon, Velez, Margarita,
Velez, Maria E., Velez, Maria Melendez, Velez, Armando,
Velez, Miguel Angel, Velez, Maria, Velezcruz, Ramon
Gilberta, Venner, Grafton T., Venner, Yalderine A.,
Venner, Valran O., .Venner, Vernon Elvis, Venner,
Winston Marvyn, Sr., Ventour, Elvira, Ventura, Ana,
Ventura, Ana Michelle, Ventura, Carlos F., Jr., Ventura,
Carmen Lydia, Ventura, Dorea, Ventura, Karla Jeanette,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 22

Ventura, Melinda, Ventura, Michelle Lee, Ventura,
Migdalia, Ventura, Noelia Soto Ventura, Miguel, Ventura,
Xiomara Ivelisse, Victor, Cosmos M., Victor, Martha, Vidal,
Leah Marie, Vidal, Ricardo Marcellus, J r., Vidal, Ruby,
Villegas, Carmen Yvonne, Villegas, Elba Iris, Villegas,
Maria Milagros, Vlauin, Ramon Guillermo, Vlaun, Tharsis
J., Walcott, Kathleen Ann, Walcott, Kenneth, Walcott,
Andrea, Walker, Andy, Walker, Dannay, Walker, Dianna,
Walker, Gary, Walker, Randy, Walters, Nadan, Walters,
Winston Herbert, Jr., Ward, Bria, Ward, Lenore, Ward,
Sheldon, Ward, Trysha, Wells, Hulda M., Wells, Roland,
Welsh, Carolyn Leona, Welsh, Ralston Ivar, Sr., Welsh,
Ralston Ivar, Jr., Wenham, Esthena, Whipper, Jaye,
Whipper, Jessie, Willams, Calene, Williams, Andy , Eaves,
Denise, Williams, Carla, Williams, Cecilia A., Williams,
Alfredo, Williams, Cherelle, Williams, Christina, Williams,
Clayton A., Williams, Craig Alturo, Williams, Daisey,
Williams, Theophils, Williams, Hidalgo, Williams,
Ildefonsa, Williams, Ira Stanford,  Williams, Falincia,
Williams, Jahliese Mary, Williams, Jahmell, Williams,
Jamila, Williams, Joan M., Williams, Kenneth, Williams,
Larry Berkely, Williams, Marie G., Williams, Montgomery,
Williams, Mary Ann, Williams, Murna P., Williams,
Leopold, Williams, Pauline Williams, Raymond, Williams,
Rashawn, Williams, Raymond Anselmo, Jr., Williams,
Theophils, Williams, Daisey, Williams, Trenelle C.,
Williams-Brooks, Elsa Corinne, Williams-Graham, Celesta
Monica, Williams-Lawrence, Sherlene Carren, Willock,
Darnell, Willock, Richie Alexander, Wilshire, Leo, Wilshire,
Edlis, Wilson, Alfred, Wilson, Brandon T. B., Wilson,
Charles F., Wilson, Diana Nyoka Sheniqua, Wilson, Dion
Michael, Sr., Wilson, Gabrielle S., Wilson, Nicholas D.A.,
Wilson, Vera, Wiltshire, Christina H., Wiltshire, Dunn,
Wiltshire, Ethelbert, Woodrupp, Michael, Worrell, James
R., Worrell, Jennifer Y., Welsh, Ralston, Worrell, Natasha,
Wynter, Michael Lester, Yarwood, Christine Nicole,
Yarwood, Edwin L., Parrilla, Shideya Antonia, Pilier,
Antonio, Abraham, Aziza, Alazzeh, Basel, Alazzeh, Daniel,
Aljune, Camille J., Aljune, Ian, Ayala, Awilda I., Ayala,
Jerantony, Belardo, Gislynn Arleen, Blyden, Rah 'Gene
Pedrito, Boulogne, Jose Antonio, II, .Bouiogne, Leida,
Browne, Ishmael D., Cassius, Unita, Chavez, Joseline X.,
Cintron, Carmelo Torres, Cirilo, Sandro, Jr., Claxton,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 23

Nevelyrule Vernicia, Clercin, Skitter V., Clexton, Ishmael,
Cruz, Blanca L, Cruz, Miosottis, Daniel-Piper, Kameela,
David, Colette D., David, Jeanne, David, Kymani,
DeJesus, Carmen, Edwin, Clive P., Edwin, Elizabeth,
Encarnacion, Alexis, Felix, Gabriel, Ferdinand, Renee
Selina, Forbes, Enid I., Francis, Merna Elaine, Gbaror,
Malik, Gonzalez, Carlos D., Jr., Gonzalez, Carlos David,
Sr., Gonzalez, Luis Angel, Gonzalez, Rosa, Greaux,
Vyrannah, Greenaway, Hyacinth M., Grovell, Eleta E.,
Guerrero, Nut' Yoselin M., Hector, Alton C., Henery, Zoe
Niesa, Hodge, Melville, Isaac, Carl E., Isaac, Christina,
Isidore, Jah-keim, Jairam, Barbara, James, Sheervone,
Jnofinn, Greville, Jnofinn, Imelda Vennette, Joseph,
Kadeem, Joseph, Sean, Knight, Marcia, Lebron, Luzmari,
Lio, Miguel, Lio, Naquisha, Lopez, Elizabeth Avila, Martin,
Sophia F., Martina, Dudley German, Matthew, Jadacha,
Matthew, Jassiah, Matthew, Julita K., May, Shianne,
McLene, Alex E., McLene, Elizabeth, McLene, Nagy,
McLene, Sandy A., McLene, Shennel A., Melendez Rivera,
Angela Maria, Melendez, Abel, Melendez, Nayson,
Mitchell, Peter P., Mondesir, Ezaus Hasani, Navarro,
Jahnelsy Julia, Nelson, James L, Nieves, Elimar, Nieves,
Thalia Nivet, Nurse, Malachi, Nurse, Melcazidek, Ramsey,
Irwin, Richards, Jamilla, Rivera, Anhill Manuel, Rivera,
Anne, Rougier, Lawrence, St. Brice, Amaya, St. Brice,
Christina, Stephen, Francis J, Sweatman, Davonte,
Walker, Elbema Thriwlar, Williams, Eddie, Williams, Paul
K., Jr., Walker, Joseph, Mercado, Julio Antonio, Sr.,
Simmons, Janisha Marie, Gonzales, Alexis Javier,
Santiago, Chayanne, Sweeney, Rita J., Trowers,
Deshawn, Trowers, Marvin, Jr., Ventour, Joseph, Walters,
Ta'Shia, Walters, Tyrecke, Yarwood, Adlian J., Fontenelle,
Alexis Exius, Acosta, Jaquelyn, Acosta, Tomas, Sr.,
Acosta, Carmen, Acosta, Valentin, Agathe, Neil Elijh,
Aldonza, Ruthfina, Alfred, Jude J., Alphonse, Luciano F.,
Aljune, Baby, Arjune, Kenneth, Asencio, Eusebia Cruz,
Avilla, Andres, Sr., Ayala, Luis Daniel, Ayala, Tyshania,
Beltres, Luis, Boulogne, Jose Antonio, Boulogne, Jose
Antonio, Jr., Browne, Mitchell, Burke, Alvin, Jr., Cadiz,
Edwin Perez, Caines, Imogen, Camacho, Pedro, Carrillo,
Jose Luis, Cartier, Shermaine, Centeno, Juan H., Charles,
Cean, Cirilo, Julio Angel, Coleman, Melinda, Colon,
Antonia, Colon, Julio, Colon, Carlos Juan, Colon, Cherly

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 24

M., Mercado, Ashley Lyshanis, Mercado, Samuel, Michael,
Paula J., Montes, Pedro Juan Molina, Morales, Otniel
Ramirez, Moses, Stanley, Nestor, Josephine, Nicholas,
Delian Alison, Parrilla, Maribel, Parrilla, Rachel Marie,
Parrilla, Roberto, Parrilla, Tara, Pena, Marco Garcia,
Perez, Ernesto Ayala, Perez, Luz Navarro, Perez, Nelson,
Perez, Nelson M., Perez, Zulemie, Phillip, Ivan, Phillip,
Octavia, Potter, Avòn M., Prescott, Miscelda, Quinones,
Abraham Melendez, Gonzalez, Antonia, Ramirez, Andres
Mercado, Ramirez, Edwin, Jr., Ramirez, Julio M., Ramirez,
Luis A., Ramirez, Suleika, Ramsey, Yvonne, Rayne, Naida
N., Redhead, Olga, Reyes, Gabriel, Jr., Reyes, Gabriel,
Sr., Cruz, Glenda, Rios, Cecilia, Rivera, Ana Celia, Rivera,
Angelita, Rose, Pedro, Rivera, Barbara E., Rivera, Beatriz,
Rivera, Christina A., Rivera, Clistobalina, Rivera, Daniel,
Rivera, Emerito, Rivera, Felipe Oltiz, Rivera, Carmen,
Rivera, Gail M., Rivera, Pedro, Jr., Rivera, Pilar, Rivera,
Roberto L, Jr, Rivera, Ventura, Roberts, Rashawn,
Roberts, Sharon N., Roberts, Trevoughn,  Robledo,
Angelica Marie, Robledo, Angelis Marie, Robledo, Gisella
Maries, Robles, Alexandra, Robles, Andres, Robles,
Alexandra, Robles, Andres, Jr., Robles, Andres, Sr.,
Robles, Alexandra, Robles, Benjamin, Robles, Ivette,
Rodriguez, Aaron, Rodriguez, Anita, Rodriguez,
Concepcion, Rodriguez, Luz, Rodriguez, Concepcion,
Rodriguez, Mercedes, Rodriguez, Iraida, Rodriguez, Jose,
Sr., Colon, Vidalina, Rodriguez, Jose Linares, Rodriguez,
Julio, Rodriguez, Maria, Rodriguez, Pedro, Rodriguez,
Renaldo, Rodriguez, Kenia, Rodriguez, Tamara,
Rodriguez, Tiana Ria, Rogers, Elizabeth A., Rogers,
Jamaries, Romain, Rachael, Rosa, Luisa, Rosa, Dima,
Rougier, Aaron, Rougier, Juliette H., Ruiz, Eladino Velez,
Ruiz, Hector B., Saldana, Bonisha, Saldana, Edwin,
Saldana, Norma I., Sanes, Luis E. Carrasquillo, Sanes,
Nedia, Santiago, Juan, Santiago, Lydia Martinez,
Santiago, Jose, Santiago, Milagro Beltes, Santiago,
Sandra I, Santos, Rafaela, Santos, Xayra Y., Scott,
Helena, Serrano, Martin, Jr., Serrano, Martin, Sr., Soto,
Bienvenido, Soto, Theodora, St. Brice, Cliff, Sr., Stephen,
Theresa, Stowe, Valentine, Sweeney, Nelson, Theophilus,
Shantel, Thomas, LaToya S., Thompson, Macherry,
Torres, Jose Manuel, Ventura, Angel Luis, Ventura, Miguel
Angel, Ventura, Noelia, Veras, Catherine, Walker, Joseph,

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 25

Walker, Thriwler, Webb, Carolyn A., Williams, Charlene
M., Williams, Clayton A., Jr., Williams, Debbie C.,
Williams, Eldefonsa, Williams, Jennifer T., Williams, Karen
M., Williams, Mary, Williams, Michael, Williams,
Petronella, Williams, Les Roy, Williams, Phillip Earl,
Williams, Shenice P., Santiago, Cesario, Diaz, Zaida,
Guilamo, Doris M., Guilamo, Betzaida, Colon, Mary, Cruz,
Marcelo Jr., Cruz, Orlando, Navarro, Maria, Navarro,
Gilbert, Navarro, Olga, Navarro, Gilberto, Jr., Navarro,
Gilmarie , George, Amos, George, Charles, George,
Alcenta, George, Melroma F., George, Stacy M., George,
Mia, Shirley, Helen, Irwin, Vera, Sanes, Millian, Rodriguez,
Edwin, Rodriguez Maria, Profil, Migdalia, Profil, Angel,
Profil, Angel Luis, Rivera, Migdaliz, Torres, Hermino Sr.,
Torres, Evelyn, Torres Hermino, Jr., Rivera, Luis A.,
Rivera, Isidora, Velez, Miguel, Velez Maria E., Velez,
Yesenia M., Ayala, Andres, Dennie, Mary, Dennie, Nkosi,
Swanston, Debra, Swanston, Jamie, Swanston Jeremy,
Sherwood, Joy, Sherwood, Ruben, Sherwood, Diane,
Tutein, Njeri, Frontal, Ashley,

Plaintiff,

v.

ST. CROIX ALUMINA LLC, ALCOA, GLENCORE, LTD.
f/k/a CLARENDON, LTD., and ST. CROIX
RENAISSANCE GROUP LLLP.

Defendant.

## **FIRST AMENDED COMPLAINT**

**COME NOW**, the Plaintiffs by and through their undersigned counsel, and file their

Complaint and respectfully represent to the Court as follows:

1.    This Court has jurisdiction pursuant to 4 V.I.C Section 76, *et seq*.

2.    Plaintiff and Defendants are from diverse jurisdictions upon information the likely

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 26

amount of damages are reasonably likely to be less than $75.000.00 per Plaintiff.

3.      Abednego, Laurie L.A., is a citizen of St. Croix, United States Virgin Islands.

4.      Abraham, Andrea, is a citizen of St. Croix, United States Virgin Islands.

5.      Abraham, Phillip, is a citizen of St. Croix, United States Virgin Islands.

6.      Abraham, Augustina, is a citizen of St. Croix, United States Virgin Islands.

7.      Abraham, Patrick, is a citizen of St. Croix, United States Virgin Islands.

8.      Abraham, Derrick, is a citizen of St. Croix, United States Virgin Islands.

9.      Abraham, Eleanor A., is a citizen of St. Croix, United States Virgin Islands.

10.     Abraham, Ratcliffe, is a citizen of St. Croix, United States Virgin Islands.

11.     Abraham, Jessica, is a citizen of Huston, Texas.

12.     Abraham, Patrick, is a citizen of St. Croix, United States Virgin Islands.

13.     Abraham, Ratcliffe, is a citizen of St. Croix, United States Virgin Islands.

14.     Abraham, Shea, is a citizen of Orlando Florida..

15.     Abraham, Vincent, is a citizen of Orlando Florida.

16.     Abraham, Yvonne, is a citizen of St. Croix, United States Virgin Islands.

17.     Abramson, Kiara L., is a citizen of St. Croix, United States Virgin Islands.

18.     Abreu, Elizabeth S., is a citizen of St. Croix, United States Virgin Islands.

19.     Acevedo, Reinaldo, Jr., is a citizen of Orlando Florida.

20.     Acosta, Carmen Milagro, is a citizen of St. Croix, United States Virgin Islands.

21.     Acosta, Tomas, is a citizen of St. Croix, United States Virgin Islands.

22.     Acosta, Elick, is a citizen of St. Croix, United States Virgin Islands.

23.     Acosta, Georgie A., is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 27

24.    Acosta, Isul Ernesto, is a citizen of St. Croix, United States Virgin Islands.

25.    Acosta, Jose, is a citizen of St. Croix, United States Virgin Islands.

26.    Acosta, Jose R., is a citizen of St. Croix, United States Virgin Islands.

27.    Acosta, Jose Manuel, Jr., is a citizen of St. Croix, United States Virgin Islands.

28.    Acosta, Josefina Martinez, is a citizen of St. Croix, United States Virgin Islands.

29.    Acosta, Maria Esther, is a citizen of St. Croix, United States Virgin Islands.

30.    Acosta, Mariano Lopez, is a citizen of Viequez, Puerto Rico.

31.    Acosta, Moraima I., is a citizen of St. Croix, United States Virgin Islands.

32.    Acosta, Omar O., is a citizen of St. Croix, United States Virgin Islands.

33.    Acosta, Sonja A., is a citizen of St. Croix, United States Virgin Islands.

34.    Acosta, Tomas, Jr., is a citizen of St. Croix, United States Virgin Islands.

35.    Acosta, Tomas J., is a citizen of St. Croix, United States Virgin Islands.

36.    Acosta, Yamaris L., is a citizen of St. Croix, United States Virgin Islands.

37.    Acosta, Yannia Yanis, is a citizen of St. Croix, United States Virgin Islands.

38.    Acosta, Yeileen Y., is a citizen of St. Croix, United States Virgin Islands.

39.    Acosta, Yenix Yamabis, is a citizen of St. Croix, United States Virgin Islands.

40.    Acosta, Zuleyka, is a citizen of St. Croix, United States Virgin Islands.

41.    Adams, Denroy Husley, is a citizen of St. Croix, United States Virgin Islands.

42.    Adams, Guy, is a citizen of Baldensburg, Maryland.

43.    Adams, Pamela, is a citizen of St. Croix, United States Virgin Islands.

44.    Adams, Maudline Venessa, is a citizen of St. Croix, United States Virgin Islands.

45.    Adams, Viola, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 28

46.    Albert, Charmaine Natasha, is a citizen of St. Croix, United States Virgin Islands.

47.    Alcantara, Milagros Beltres, is a citizen of St. Croix, United States Virgin Islands.

48.    Aldonza, Abigal, is a citizen of St. Croix, United States Virgin Islands.

49.    Aldonza, Brianner, is a citizen of St. Croix, United States Virgin Islands.

50.    Aldonza, Bryson, is a citizen of St. Croix, United States Virgin Islands.

51.    Aldonza, Davidson Byron, is a citizen of St. Croix, United States Virgin Islands.

52.    Aldonza, Ruthline, is a citizen of St. Croix, United States Virgin Islands.

53.    Aldonza, Yanesha, is a citizen of St. Croix, United States Virgin Islands.

54.    Alejandro, Aurora Lolita, is a citizen of St. Croix, United States Virgin Islands.

55.    Alejandro, Emmanuel, is a citizen of St. Croix, United States Virgin Islands.

56.    Alejandro, Loyda, is a citizen of St. Croix, United States Virgin Islands.

57.    Alejandro, Pedro, is a citizen of St. Croix, United States Virgin Islands.

58.    Aleman, Angel M., III, is a citizen of St. Croix, United States Virgin Islands.

59.    Aleman, Denissa, is a citizen of St. Croix, United-States Virgin Islands.

60.    Alexander, Christena V., is a citizen of St. Croix, United States Virgin Islands.

61.    Alexander, Emmanuel, is a citizen of St. Croix, United States Virgin Islands.

62.    Alexander, Olive, is a citizen of St. Croix, United States Virgin Islands.

63.    Alexander, Hubert Chad, is a citizen of St. Croix, United States Virgin Islands.

64.    Alexander, Kaylac, is a citizen of St. Croix, United States Virgin Islands.

65.    Alexander, Placide M., is a citizen of St. Croix, United States Virgin Islands.

66.    Alfonso, Gladys Malia Felix Ceden, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 29

67.    Alfred, Jesse E., is a citizen of St. Croix, United States Virgin Islands.

68.    Alfred, Lambert, is a citizen of St. Croix, United States Virgin Islands.

69.    Alfred, Ruth S., is a citizen of St. Croix, United States Virgin Islands.

70.    Alfred, Telca E., is a citizen of St. Croix, United States Virgin Islands.

71.    Alfred, Lambert, is a citizen of St. Croix, United States Virgin Islands.

72.    Ali, Imtiaz, is a citizen of St. Croix, United States Virgin Islands.

73.    Ali, Yaasmiyn, is a citizen of Lauderdale Lake Florida.

74.    Alicea, Carmen Santiago, is a citizen of St. Croix, United States Virgin Islands.

75.    Alicea, Emma, is a citizen of St. Croix, United States Virgin Islands.

76.    Alicea, Jose Manuel, is a citizen of St. Croix, United States Virgin Islands.

77.    Alicea, Yessenia M., is a citizen of St. Croix, United States Virgin Islands.

78.    Allen, Alloy A., Sr., is a citizen of Sunrise Florida.

79.    Allen, Alloy Orville, Jr., is a citizen of St. Croix, United States Virgin Islands.

80.    Almestica, Francisca, is a citizen of St. Croix, United States Virgin Islands.

81.    Aloyo, Lillian, is a citizen of St. Croix, United States Virgin Islands.

82.    Aloyo, Victor, is a citizen of St. Croix, United States Virgin Islands.

83.    Aloyo, Violeta, is a citizen of St. Croix, United States Virgin Islands.

84.    Alphonse, Anastasia, is a citizen of St. Croix, United States Virgin Islands.

85.    Alphonse, Brian, is a citizen of St. Croix, United States Virgin Islands.

86.    Alphonse, Eshra Egwin, is a citizen of St. Croix, United States Virgin Islands.

87.    Alphonse, Kelvin, is a citizen of St. Croix, United States Virgin Islands.

88.    Alphonse, Luciana F., is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 30

89.     Alvarez, Maria, is a citizen of Fajardo, Puerto Rico.

90.     Amaro, Carmen Maria, is a citizen of St. Croix, United States Virgin Islands.

91.     Parrille, Christian, is a citizen of St. Croix, United States Virgin Islands.

92.     Anatole, Malius, Sr., is a citizen of St. Croix, United States Virgin Islands.

93.     Ramsey, Yvonne, is a citizen of St. Croix, United States Virgin Islands.

94.     Anatole, Manus, Jr., is a citizen of St. Croix, United States Virgin Islands.

95.     Anatole, Nyashah, is a citizen of St. Croix, United States Virgin Islands.

96.     Anatole, Rasyme, is a citizen of St. Croix, United States Virgin Islands.

97.     Andre, Austin, is a citizen of St. Croix, United States Virgin Islands.

98.     Andre, Bevington, is a citizen of St. Croix, United States Virgin Islands.

99.     Andre, Chris, is a citizen of St. Croix, United States Virgin Islands.

100.    Andre, Felisha, is a citizen of St. Croix, United States Virgin Islands.

101.    Anthony, Jerome, is a citizen of St. Croix, United States Virgin Islands.

102.    Anthony, Nickeya, is a citizen of St. Croix, United States Virgin Islands.

103.    Anthony, Violet, is a citizen of Miramar, Florida.

104.    Aponte, Julian, is a citizen of St. Croix, United States Virgin Islands.

105.    Aponte, Kieana, is a citizen of St. Croix, United States Virgin Islands.

106.    Appleton, Leonard Terrance, is a citizen of St. Croix, United States Virgin
        Islands.

107.    Appleton, Monique, is a citizen of St. Croix, United States Virgin Islands.

108.    Archibald, Ryan B., is a citizen of St. Croix, United States Virgin Islands.

109.    Archibald, Zhanel Chelsea, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 31

110.    Aritus, Jean Bethony, is a citizen of St. Croix, United States Virgin Islands.

111.    Arjune, Kenneth, is a citizen of Kissimmee, Florida.

112.    Aljune, Alvena, is a citizen of St. Croix, United States Virgin Islands.

113.    Armantrading, Transcito A., is a citizen of St. Croix, United States Virgin Islands.

114.    Armantrading, Rachel, is a citizen of St. Croix, United States Virgin Islands.

115.    Arroyo, Amanda, is a citizen of St. Croix, United States Virgin Islands.

116.    Arroyo, Hector Manuel, is a citizen of St. Croix, United States Virgin Islands.

117.    Arroyo, Pedra, is a citizen of St. Croix, United States Virgin Islands.

118.    Arroyo, Maria Cristina, is a citizen of St. Croix, United States Virgin Islands.

119.    Arroyo, Marilyn, is a citizen of St. Croix, United States Virgin Islands.

120.    Arroyo, Paula, is a citizen of St. Croix, United States Virgin Islands.

121.    Arroyo, Petra M., is a citizen of St. Croix, United States Virgin Islands.

122.    Arroyo, Hector, is a citizen of St. Croix, United States Virgin Islands.

123.    Asencio-DeJesus, Luz, is a citizen of St. Croix, United States Virgin Islands.

124.    Ashe, Alfred, is a citizen of St. Croix, United States Virgin Islands.

125.    Ashe, Steve Edward, is a citizen of St. Croix, United States Virgin Islands.

126.    Audian, Nathaniel S., is a citizen of St. Croix, United States Virgin Islands.

127.    Audian, Mareen, is a citizen of St. Croix, United States Virgin Islands.

128.    Auguste, Kernather, is a citizen of Atlanta Georgia.

129.    Auguste, Mary Regina, is a citizen of St. Croix, United States Virgin Islands.

130.    Auguste, Oswald, is a citizen of St. Croix, United States Virgin Islands.

131.    Auguste, Merkey, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 32

132.    Auguste, Oswald, is a citizen of St. Croix, United States Virgin Islands.

133.    Auguste, Mary, is a citizen of St. Croix, United States Virgin Islands.

134.    Augustin, Brigid, is a citizen of St. Croix, United States Virgin Islands.

135.    Augustin, Denis, is a citizen of St. Croix, United States Virgin Islands.

136.    Augustin, Tinothia, is a citizen of St. Croix, United States Virgin Islands.

137.    Avril-Gaskin, Christina Laverne, is a citizen of St. Croix, United States Virgin Islands.

138.    Ayala, Andres, Jr., is a citizen of St. Croix, United States Virgin Islands.

139.    Ayala, Angelica Mary, is a citizen of St. Croix, United States Virgin Islands.

140.    Ayala, Ashley Marie, is a citizen of St. Croix, United States Virgin Islands.

141.    Ayala, Carmela , is a citizen of St. Croix, United States Virgin Islands.

142.    Ayala, Evangelista, is a citizen of St. Croix, United States Virgin Islands.

143.    Ayala, Carmelo, is a citizen of St. Croix, United States Virgin Islands.

144.    Ayala, Carmen Letticia, is a citizen of St. Croix, United States Virgin Islands.

145.    Ayala, Ruben, is a citizen of St. Croix, United States Virgin Islands.

146.    Ayala, Ernesto, is a citizen of St. Croix, United States Virgin Islands.

147.    Ayala, Escolastica, is a citizen of St. Croix, United States Virgin Islands.

148.    Ayala, Evangelista J. "Pepe", Jr., is a citizen of St. Croix, United States Virgin Islands.

149.    Ayala, Evangelista Jose., Sr., is a citizen of St. Croix, United States Virgin Islands.

150.    Ayala, Carmela, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 33

151.    Ayala, Jahaira M., is a citizen of St. Croix, United States Virgin Islands.

152.    Ayala, Janet, is a citizen of St. Croix, United States Virgin Islands.

153.    Ayala, Jason Abram, is a citizen of St. Croix, United States Virgin Islands.

154.    Ayala, Jermaine, is a citizen of St. Croix, United States Virgin Islands.

155.    Ayala, Jessica M., is a citizen of St. Croix, United States Virgin Islands.

156.    Ayala, Jesus J., Jr., is a citizen of St. Croix, United States Virgin Islands.

157.    Ayala, Jesus Manuel, is a citizen of St. Croix, United States Virgin Islands.

158.    Ayala, Rosanda, is a citizen of St. Croix, United States Virgin Islands.

159.    Ayala, Johanna, is a citizen of St. Croix, United States Virgin Islands.

160.    Ayala, Kali, is a citizen of St. Croix, United States Virgin Islands.

161.    Ayala, Kiara, is a citizen of St. Croix, United States Virgin Islands.

162.    Ayala, Lilia Cepeda, is a citizen of St. Croix, United States Virgin Islands.

163.    Ayala, Loyda, is a citizen of Orlando Florida.

164.    Ayala, Luis, is a citizen of St. Croix, United States Virgin Islands.

165.    Ayala, Manuel, is a citizen of St. Croix, United States Virgin Islands.

166.    Ayala, Maria L., is a citizen of St. Croix, United States Virgin Islands.

167.    Ayala, Nancy, is a citizen of St. Croix, United States Virgin Islands.

168.    Ayala, Raquel, is a citizen of Midwest City, Oklahoma.

169.    Ayala, Ricardo, is a citizen of St. Croix, United States Virgin Islands.

170.    Ayala, Roberto, is a citizen of St. Croix, United States Virgin Islands.

171.    Ayala, Cannela, is a citizen of St. Croix, United States Virgin Islands.

172.    Ayala, Ruben E., is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 34

173.    Ayala, Victor R., is a citizen of St. Croix, United States Virgin Islands.

174.    Ayala, Victor S., Jr., is a citizen of St. Croix, United States Virgin Islands.

175.    Ayala, Zenaida, is a citizen of St. Croix, United States Virgin Islands.

176.    Azille, Bernard Henry, is a citizen of St. Croix, United States Virgin Islands.

177.    Azille, Geraldine, is a citizen of St. Croix, United States Virgin Islands.

178.    Azille, Cheryl, is a citizen of St. Croix, United States Virgin Islands.

179.    Bannis, Dion'e Yoshita, is a citizen of St. Croix, United States Virgin Islands.

180.    Bannis, Dylan Dyant'e, is a citizen of St. Croix, United States Virgin Islands.

181.    Baptiste, Agatha Mary, is a citizen of St. Croix, United States Virgin Islands.

182.    Baptiste, Peter, is a citizen of St. Croix, United States Virgin Islands.

183.    Baptiste, Alix Jno, is a citizen of St. Croix, United States Virgin Islands.

184.    Baptiste, Decima John, is a citizen of St. Croix, United States Virgin Islands.

185.    Baptiste, Nicholas Jno, Jr., is a citizen of St. Croix, United States Virgin Islands.

186.    Baptiste, Nikiska J., is a citizen of St. Croix, United States Virgin Islands.

187.    Baptiste, Roy John, is a citizen of St. Croix, United States Virgin Islands.

188.    Barnard, Melvina Anesta, is a citizen of St. Croix, United States Virgin Islands.

189.    Barnard, Sandra Sharon, is a citizen of St. Croix, United States Virgin Islands.

190.    Barnes, Doreen A., is a citizen of St. Croix, United States Virgin Islands.

191.    Barnes, Lorraine A., is a citizen of St. Croix, United States Virgin Islands.

192.    Bartlette, Bernice M., is a citizen of St. Croix, United States Virgin Islands.

193.    Battiste, Andrea: Monet, is a citizen of St. Croix, United States Virgin Islands.

194.    Griffiths, Richard, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 35

195.   Battiste, Ashton Malaret, is a citizen of St. Croix, United States Virgin Islands.

196.   Battiste, Thelma Leona, is a citizen of St. Croix, United States Virgin Islands.

197.   Battiste-Glasgow, Jordan Marie, is a citizen of St. Croix, United States Virgin Islands.

198.   Beaupierre, Henry, is a citizen of St. Croix, United States Virgin Islands.

199.   Beaupierre, Stephane, is a citizen of St. Croix, United States Virgin Islands.

200.   Bedasie, Kavita, is a citizen of St. Croix, United States Virgin Islands.

201.   Bedasie, Mena, is a citizen of St. Croix, United States Virgin Islands.

202.   Bedasie, Sookdeo, is a citizen of St. Croix, United States Virgin Islands.

203.   Bedneay, Nicholson M., is a citizen of St. Croix, United States Virgin Islands.

204.   Belardo, Maricela Sacara, is a citizen of St. Croix, United States Virgin Islands.

205.   Belardo, Rafael Rentas, is a citizen of St. Croix, United States Virgin Islands.

206.   Rentas, Eugenia, is a citizen of St. Croix, United States Virgin Islands.

207.   Belardo, Sheira Meraliz, is a citizen of St. Croix, United States Virgin Islands.

208.   Belardo, Wanda, is a citizen of St. Croix, United States Virgin Islands.

209.   Belardo, Gilberto, is a citizen of St. Croix, United States Virgin Islands.

210.   Benitez, Javier Manuel, is a citizen of St. Croix, United States Virgin Islands.

211.   Benitez, Jose Miguel, is a citizen of St. Croix, United States Virgin Islands.

212.   Benitez, Leriz Teresa, is a citizen of St. Croix, United States Virgin Islands.

213.   Rosario, Abraham, is a citizen of St. Croix, United States Virgin Islands.

214.   Benitez, Louis E., is a citizen of St. Croix, United States Virgin Islands.

215.   Benitez, Luis Emanuel, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 36

216.    Benitez, Nelson Elliott, is a citizen of St. Croix, United States Virgin Islands.

217.    Benitez, Xavier Manuel, is a citizen of St. Croix, United States Virgin Islands.

218.    Benjamin, Akima, is a citizen of St. Croix, United States Virgin Islands.

219.    Benjamin, Alie Emanuel, is a citizen of St. Croix, United States Virgin Islands.

220.    Benjamin, Asheba N., is a citizen of St. Croix, United States Virgin Islands.

221.    Benjamin, Dorothy, is a citizen of St. Croix, United States Virgin Islands.

222.    Benjamin, Gillium, is a citizen of St. Croix, United States Virgin Islands.

223.    Benjamin, Mary, is a citizen of St. Croix, United States Virgin Islands.

224.    Benjamin, Leroy R., is a citizen of St. Croix, United States Virgin Islands.

225.    Benjamin, Mary Theresa, is a citizen of St. Croix, United States Virgin Islands.

226.    Benjamin, Merchant Earl, Jr., is a citizen of Perry, Georgia.

227.    Benjamin, Shella, is a citizen of St. Croix, United States Virgin Islands.

228.    Benjamin, Yvette M.R., is a citizen of St. Croix, United States Virgin Islands.

229.    Benjamine, Marie June, is a citizen of St. Croix, United States Virgin Islands.

230.    Benjamine, Paul, is a citizen of St. Croix, United States Virgin Islands.

231.    Beras, Rafael, Jr., is a citizen of St. Croix, United States Virgin Islands.

232.    Beras, Rafael R., is a citizen of St. Croix, United States Virgin Islands.

233.    Beras, Lunila, is a citizen of St. Croix, United States Virgin Islands.

234.    Berkitt, Anna Annie, is a citizen of St. Croix, United States Virgin Islands.

235.    Berkitt, Ludger, is a citizen of St. Croix, United States Virgin Islands.

236.    Berkitt, Jensen, is a citizen of Brooklyn, New York.

237.    Bermudez, Agueda, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 37

238.    Bermudez, Beatrice, is a citizen of St. Croix, United States Virgin Islands.

239.    Bermudez, Juan, is a citizen of St. Croix, United States Virgin Islands.

240.    Bermudez, Debbie, is a citizen of St. Croix, United States Virgin Islands.

241.    Bermudez, Delma, is a citizen of St. Croix, United States Virgin Islands.

242.    Bermudez, Glendaly, is a citizen of St. Croix, United States Virgin Islands.

243.    Bermudez, Hector, Jr., is a citizen of St. Croix, United States Virgin Islands.

244.    Bermudez, Hector, Sr., is a citizen of St. Croix, United States Virgin Islands.

245.    Bermudez, Isabel, is a citizen of St. Croix, United States Virgin Islands.

246.    Bermudez, Juan, Jr., is a citizen of St. Croix, United States Virgin Islands.

247.    Bermudez, Juan M., is a citizen of St. Croix, United States Virgin Islands.

248.    Bermudez, Beatrice, is a citizen of St. Croix, United States Virgin Islands.

249.    Bermudez, Julia, is a citizen of St. Croix, United States Virgin Islands.

250.    Bermudez, Malia E., is a citizen of St. Croix, United States Virgin Islands.

251.    Bermudez, Miguelina P., is a citizen of St. Croix, United States Virgin Islands.

252.    Colon, Edelmiron, is a citizen of St. Croix, United States Virgin Islands.

253.    Bernard, Agnes, is a citizen of St. Croix, United States Virgin Islands.

254.    Bernard, Naomi, is a citizen of Orlando Florida.

255.    Bernard, Nicholas "Nick", is a citizen of Orlando Florida.

256.    Bernard, Nicole, is a citizen of Orlando Florida.

257.    Bernard, Nolan Darnell, is a citizen of Orlando Florida.

258.    Berrios, Amarilis, is a citizen of St. Croix, United States Virgin Islands.

259.    Berrios, Jose, III, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 38

260.    Berrios, Mercedes, is a citizen of St. Croix, United States Virgin Islands.

261.    Berrios, Jose, Jr., is a citizen of St. Croix, United States Virgin Islands.

262.    Berrios, Jose E., is a citizen of St. Croix, United States Virgin Islands.

263.    Berrios, Jose Ricardo, is a citizen of St. Croix, United States Virgin Islands.

264.    Berrios, Jose Roberto, is a citizen of St. Croix, United States Virgin Islands.

265.    Berrios, Lucy Perez, is a citizen of St. Croix, United States Virgin Islands.

266.    Berrios, Luis, is a citizen of St. Croix, United States Virgin Islands.

267.    Berrios, Sylvette Marie, is a citizen of St. Croix, United States Virgin Islands.

268.    Berrios, Yadira L., is a citizen of St. Croix, United States Virgin Islands.

269.    Berry, Rita F., is a citizen of St. Croix, United States Virgin Islands.

270.    Bethel, Leevon T.M., is a citizen of St. Croix, United States Virgin Islands.

271.    Blyden, Alphonse E., is a citizen of St. Croix, United States Virgin Islands.

272.    Blyden, Maria Darius, is a citizen of St. Croix, United States Virgin Islands.

273.    Blyden, Raheem Pedrito, is a citizen of St. Croix, United States Virgin Islands.

274.    Blyden, Shantel Maria, is a citizen of St. Croix, United States Virgin Islands.

275.    Boatswain, Abram A., is a citizen of Stone Mountain Georgia.

276.    Boatswain, Analita, is a citizen of St. Croix, United States Virgin Islands.

277.    Boatswain, Ester, is a citizen of St. Croix, United States Virgin Islands.

278.    Boatswain, Gilda, is a citizen of St. Croix, United States Virgin Islands.

279.    Boddie, Josephine, is a citizen of St. Croix, United States Virgin Islands.

280.    Boddie, Melville C., is a citizen of St. Croix, United States Virgin Islands.

281.    Bodley, Celina, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 39

282.  Bodley, Lauma, is a citizen of St. Croix, United States Virgin Islands.

283.  Bodley, Polycarp, is a citizen of St. Croix, United States Virgin Islands.

284.  Bodley, Tasha, is a citizen of Raleigh, North Carolina.

285.  Boland, Danase, is a citizen of St. Croix, United States Virgin Islands.

286.  Boland, Gemma, is a citizen of St. Croix, United States Virgin Islands.

287.  Boland, Jeona, is a citizen of St. Croix, United States Virgin Islands.

288.  Bonit Andria, is a citizen of St. Croix, United States Virgin Islands.

289.  Bonit, Timothy, is a citizen of St. Croix, United States Virgin Islands.

290.  Bonnie, Agatha Sheryl, is a citizen of St. Croix, United States Virgin Islands.

291.  Smmie, Albertha, is a citizen of St. Croix, United States Virgin Islands.

292.  Bonnie, Dana, is a citizen of St. Croix, United States Virgin Islands.

293.  Bonnie, Raheem, is a citizen of St. Croix, United States Virgin Islands.

294.  Bonnie, Reynold Kento, is a citizen of St. Croix, United States Virgin Islands.

295.  Booker, Julie Shalice, is a citizen of St. Croix, United States Virgin Islands.

296.  Boulogne, Edilia, is a citizen of St. Croix, United States Virgin Islands.

297.  Boulogne, Edmanual Omar Diaz, is a citizen of St. Croix, United States Virgin Islands.

298.  Boulogne, Eduan Jomar Molina, is a citizen of St. Croix, United States Virgin Islands.

299.  Boulogne, Emily, is a citizen of St. Croix, United States Virgin Islands.

300.  Boulogne, Evelis, is a citizen of St. Croix, United States Virgin Islands.

301.  Boulogne, Griselle, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 40

302.    Boulogne, Pedro Emil Molina, is a citizen of St. Croix, United States Virgin Islands.

303.    Boulogne, Santiago, is a citizen of St. Croix, United States Virgin Islands.

304.    Bramble, Chantel Desira, is a citizen of St. Croix, United States Virgin Islands.

305.    Bramble, Eddie Andre, is a citizen of St. Croix, United States Virgin Islands.

306.    Bramble, Edwin Douglas, is a citizen of St. Croix, United States Virgin Islands.

307.    Branch, Kaiel, is a citizen of St. Croix, United States Virgin Islands.

308.    Branch, Michelle, is a citizen of St. Croix, United States Virgin Islands.

309.    Brathwaite, Elaine Yavonne, is a citizen of St. Croix, United States Virgin Islands.

310.    Breezie, Tedler Abigail, is a citizen of St. Croix, United States Virgin Islands.

311.    Brewster, Pamela S., is a citizen of St. Croix, United States Virgin Islands.

312.    Bright, Alexis, Jr., is a citizen of St. Croix, United States Virgin Islands.

313.    Blight, Erick A., is a citizen of St. Croix, United States Virgin Islands.

314.    Bright, Patricia, is a citizen of St. Croix, United States Virgin Islands.

315.    Blight, Renee Ferdinand, is a citizen of St. Croix, United States Virgin Islands.

316.    Bright, Lestroy, is a citizen of St. Croix, United States Virgin Islands.

317.    Bright, Sonia, is a citizen of St. Croix, United States Virgin Islands.

318.    Brito, Norma I., is a citizen of St. Croix, United States Virgin Islands.

319.    Broodie, Enid Ionie, is a citizen of St. Croix, United States Virgin Islands.

320.    Brookes, Inez V., is a citizen of St. Croix, United States Virgin Islands.

321.    Brookes, Edred, is a citizen of St. Croix, United States Virgin Islands.

322.    Brooks, Amanda Eliza, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 41

323.   Brooks, Edwin Manuel, is a citizen of St. Croix, United States Virgin Islands.

324.   Osorio-Brooks, Wanda, is a citizen of St. Croix, United States Virgin Islands.

325.   Brooks, Esau, is a citizen of St. Croix, United States Virgin Islands.

326.   Brooks, Jahnayh, is a citizen of St. Croix, United States Virgin Islands.

327.   Brooks, Sayif, is a citizen of St. Croix, United States Virgin Islands.

328.   Brooks, Shaqueena, is a citizen of St. Croix, United States Virgin Islands.

329.   Brooks, Yvette Angelica, is a citizen of St. Croix, United States Virgin Islands.

330.   Brown, Catherine Venus, is a citizen of St. Croix, United States Virgin Islands.

331.   Brown, Isilma A., is a citizen of St. Croix, United States Virgin Islands.

332.   Brown, Iva T., is a citizen of St. Croix, United States Virgin Islands.

333.   Brown, Shammela, is a citizen of St. Croix, United States Virgin Islands.

334.   Browne, Gweneth Elmina, is a citizen of St. Croix, United States Virgin Islands.

335.   Browne, Lindita, is a citizen of St. Croix, United States Virgin Islands.

336.   Browne, Maria T., is a citizen of St. Croix, United States Virgin Islands.

337.   Bryan, George, Jr., is a citizen of St. Croix, United States Virgin Islands.

338.   Bryan, Jessica Evaliz, is a citizen of St. Croix, United States Virgin Islands.

339.   Bryan, Keianna, is a citizen of St. Croix, United States Virgin Islands.

340.   Bryant, Elthia, is a citizen of St. Croix, United States Virgin Islands.

341.   Burgos, Kayla, is a citizen of St. Croix, United States Virgin Islands.

342.   Burke, A'Jada Delana, is a citizen of St. Croix, United States Virgin Islands.

343.   Burke, Allen Delano, is a citizen of St. Croix, United States Virgin Islands.

344.   Burke, Brandon J.L., is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 42

345.    Burke, Ian, is a citizen of St. Croix, United States Virgin Islands.

346.    Burke, Julissa L., is a citizen of St. Croix, United States Virgin Islands.

347.    Burke, Tadachi Lee, is a citizen of St. Croix, United States Virgin Islands.

348.    Burnett, Elvina, is a citizen of St. Croix, United States Virgin Islands.

349.    Byrd, Jannett G., is a citizen of St. Croix, United States Virgin Islands.

350.    Byrd, Patrick, is a citizen of St. Croix, United States Virgin Islands.

351.    Byrd, Patrice, is a citizen of St. Croix, United States Virgin Islands.

352.    Cabral, Guarina, is a citizen of St. Croix, United States Virgin Islands.

353.    Cabreja, Jose, is a citizen of St. Croix, United States Virgin Islands.

354.    Cadiz, Carmen Milagros Lao, is a citizen of St. Croix, United States Virgin Islands.

355.    Lao, Miguel, is a citizen of St. Croix, United States Virgin Islands.

356.    Cadiz, Edwin Perez, Jr., is a citizen of St. Croix, United States Virgin Islands.

357.    Cadiz, Rosalia Rosario, is a citizen of St. Croix, United States Virgin Islands.

358.    Cadiz-Rios, Simona, is a citizen of St. Croix, United States Virgin Islands.

359.    Calderon, Carlos D., is a citizen of St. Croix, United States Virgin Islands.

360.    Camacho, Aneka, is a citizen of St. Croix, United States Virgin Islands.

361.    Camacho, Grace Marie, is a citizen of St. Croix, United States Virgin Islands.

362.    Camacho, Khalid, is a citizen of St. Croix, United States Virgin Islands.

363.    Camacho, Luz Delia, is a citizen of St. Croix, United States Virgin Islands.

364.    Camacho, Marc Anthony, is a citizen of St. Croix, United States Virgin Islands.

365.    Cancinos, Cindy, is a citizen of Brentwood New York.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 43

366.    Candelario, Aura Esther, is a citizen of St. Croix, United States Virgin Islands.

367.    Caraballo, Althea, is a citizen of St. Croix, United States Virgin Islands.

368.    Caraballo, Joseph, Jr., is a citizen of St. Croix, United States Virgin Islands.

369.    Caraballo, Joseph A., is a citizen of St. Croix, United States Virgin Islands.

370.    Cardona, Tomas Robles, is a citizen of St. Croix, United States Virgin Islands.

371.    Carmona, Josefina, is a citizen of Tampa, Florida.

372.    Carrasquillo, Amparo, is a citizen of St. Croix, United States Virgin Islands.

373.    Navarro, Nelson, is a citizen of St. Croix, United States Virgin Islands.

374.    Carrasquillo, Angel M., is a citizen of St. Croix, United States Virgin Islands.

375.    CarrasquiUo, Carmen Delia, is a citizen of St. Croix, United States Virgin Islands.

376.    Carrasquillo, Luis, is a citizen of St. Croix, United States Virgin Islands.

377.    Carrasquillo, Fred, is a citizen of St. Croix, United States Virgin Islands.

378.    Lugo, Naomi, is a citizen of St. Croix, United States Virgin Islands.

379.    Carrasquillo, Gamalier Calderin, is a citizen of St. Croix, United States Virgin Islands.

380.    Carrasquillo, Jorge Luis, is a citizen of St. Croix, United States Virgin Islands.

381.    Callasquillo, Jose M., Sr., is a citizen of St. Croix, United States Virgin Islands.

382.    Canasquillo, Jose Miguel, Jr., is a citizen of St. Croix, United States Virgin Islands.

383.    Carrasquillo, Julio Antonio, is a citizen of St. Croix, United States Virgin Islands.

384.    Carrasquillo, Victor Manuel, is a citizen of St. Croix, United States Virgin Islands.

385.    Carrion, Barbara Louisa, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 44

386.   Carrion, Carlos Juan, Jr., is a citizen of St. Croix, United States Virgin Islands.

387.   Catty, Elmond Tyrone, is a citizen of St. Croix, United States Virgin Islands.

388.   Carty, Elmond W., is a citizen of Bronx, New York.

389.   Carty, Karen Alenta, is a citizen of St. Croix, United States Virgin Islands.

390.   Carty, Lauren, is a citizen of Copperas Cove,Texas .

391.   Carty, Rosemarie Veronica, is a citizen of St. Croix, United States Virgin Islands.

392.   Carty, Elmond, is a citizen of St. Croix, United States Virgin Islands.

393.   Casanova, Jessica, is a citizen of St. Croix, United States Virgin Islands.

394.   Robles, Benjamin, is a citizen of St. Croix, United States Virgin Islands.

395.   Castillo, Damelin Michelle, is a citizen of St. Croix, United States Virgin Islands.

396.   Castillo, Dominga O., is a citizen of St. Croix, United States Virgin Islands.

397.   Castillo, Ramon, is a citizen of St. Croix, United States Virgin Islands.

398.   Castillo, Xavier Alexander, is a citizen of St. Croix, United States Virgin Islands.

399.   Castro, Antonio Nieves, is a citizen of St. Croix, United States Virgin Islands.

400.   Cecilia, Carlos, is a citizen of St. Croix, United States Virgin Islands.

401.   Cecilia, Luis, is a citizen of St. Croix, United States Virgin Islands.

402.   Cedeno, Armando, is a citizen of St. Croix, United States Virgin Islands.

403.   Cedeno, Gabriel, is a citizen of St. Croix, United States Virgin Islands.

404.   Cedeno, Maria, is a citizen of St. Croix, United States Virgin Islands.

405.   Cedeno, Vivian, is a citizen of St. Croix, United States Virgin Islands.

406.   Cepeda, Anthony, is a citizen of St. Croix, United States Virgin Islands.

407.   Cepeda, Elba, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 45

408.   Cepeda, Johanna, is a citizen of St. Croix, United States Virgin Islands.

409.   Cepeda, Joshua, is a citizen of St. Croix, United States Virgin Islands.

410.   Cepeda, Julio, is a citizen of St. Croix, United States Virgin Islands.

411.   Cepeda, Luz Elenia, is a citizen of St. Croix, United States Virgin Islands.

412.   Cepeda, Regalado, is a citizen of St. Croix, United States Virgin Islands.

413.   Cepeda, Menelio, is a citizen of St. Croix, United States Virgin Islands.

414.   Cepeda, Noemi, is a citizen of St. Croix, United States Virgin Islands.

415.   Cepeda, Regalado, III, is a citizen of St. Croix, United States Virgin Islands.

416.   Cepeda, Regalado, IV, is a citizen of St. Croix, United States Virgin Islands.

417.   Cepeda, Regalado, Jr., is a citizen of St. Croix, United States Virgin Islands.

418.   Cepeda, Luz, is a citizen of St. Croix, United States Virgin Islands.

419.   Cepeda, Regaldo, IV, is a citizen of St. Croix, United States Virgin Islands.

420.   Cepeda, Reynaldo, is a citizen of St. Croix, United States Virgin Islands.

421.   Cepeda, Sixta P., is a citizen of St. Croix, United States Virgin Islands.

422.   Cepeda, Wilson P., is a citizen of St. Croix, United States Virgin Islands.

423.   Torres, Catty, is a citizen of St. Croix, United States Virgin Islands.

424.   Chambers, Norris Glasford, is a citizen of St. Croix, United States Virgin Islands.

425.   Chambers, Christina, is a citizen of St. Croix, United States Virgin Islands.

426.   Chandler, Cheyanne Amber, is a citizen of St. Croix, United States Virgin Islands.

427.   Charlery, Merle, is a citizen of St. Croix, United States Virgin Islands.

428.   Charles, Austin Wentworth, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 46

429.    Charles, Juliana, is a citizen of St. Croix, United States Virgin Islands.

430.    Charles, Francis, is a citizen of St. Croix, United States Virgin Islands.

431.    Charles, Theresa, is a citizen of St. Croix, United States Virgin Islands.

432.    Charles, Maureen, is a citizen of St. Croix, United States Virgin Islands.

433.    Childs, Alphonso, is a citizen of St. Croix, United States Virgin Islands.

434.    Charles, Samuel M., is a citizen of St. Croix, United States Virgin Islands.

435.    Charles, Sonia C., is a citizen of St. Croix, United States Virgin Islands.

436.    Charles, Sylvester V., is a citizen of St. Croix, United States Virgin Islands.

437.    Charles, Cheren, is a citizen of St. Croix, United States Virgin Islands.

438.    Chassang, Vitalienne, is a citizen of St. Croix, United States Virgin Islands.

439.    Chastanet, Hazel, is a citizen of St. Croix, United States Virgin Islands.

440.    Cherry, Aldrin Clint, is a citizen of St. Croix, United States Virgin Islands.

441.    Cherry, Margaret, is a citizen of St. Croix, United States Virgin Islands.

442.    Christophe, Joseph, is a citizen of St. Croix, United States Virgin Islands.

443.    Christophe, Mary A., is a citizen of St. Croix, United States Virgin Islands.

444.    Christopher, Edwin S., is a citizen of St. Croix, United States Virgin Islands.

445.    Christopher, Hubert, is a citizen of St. Croix, United States Virgin Islands.

446.    Christopher, Melda P., is a citizen of St. Croix, United States Virgin Islands.

447.    Christopher, Junette A., is a citizen of St. Croix, United States Virgin Islands.

448.    Christopher, Theodosia, is a citizen of St. Croix, United States Virgin Islands.

449.    Cintron, Christian T., is a citizen of St. Croix, United States Virgin Islands.

450.    Cintron, Marcel, is a citizen of Flint, Michigan.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 47

451.    Cintron, Mario, is a citizen of Flint, Michigan.

452.    Cintron, Regina, is a citizen of St. Croix, United States Virgin Islands.

453.    Cintron, Yalmilette D., is a citizen of St. Croix, United States Virgin Islands.

454.    Cintron-Cruz, Shasta H., is a citizen of St. Croix, United States Virgin Islands.

455.    Cirilo, Ana Monell, is a citizen of St. Croix, United States Virgin Islands.

456.    Cirilo, Jomayra A., is a citizen of St. Croix, United States Virgin Islands.

457.    Cililo, Jose L., Jr., is a citizen of St. Croix, United States Virgin Islands.

458.    Cirilo, Jose L., Sr., is a citizen of St. Croix, United States Virgin Islands.

459.    Citilo, Mayra G., is a citizen of St. Croix, United States Virgin Islands.

460.    Cirilo, Sonja N., is a citizen of St. Croix, United States Virgin Islands.

461.    Clarke, Emily Kimberly, is a citizen of St. Croix, United States Virgin Islands.

462.    Clarke, Tuwanda Dawn, is a citizen of St. Croix, United States Virgin Islands.

463.    Clovis, Celestin R., is a citizen of St. Croix, United States Virgin Islands.

464.    Clovis, Regina, is a citizen of St. Croix, United States Virgin Islands.

465.    Coates, Denise Roberts, is a citizen of St. Croix, United States Virgin Islands.

466.    Coates, Horace E., is a citizen of St. Croix, United States Virgin Islands.

467.    Cobb, Theophilus, is a citizen of St. Croix, United States Virgin Islands.

468.    Cobb, Veronica, is a citizen of St. Croix, United States Virgin Islands.

469.    Codrington, Raymond F., is a citizen of St. Croix, United States Virgin Islands.

470.    Colon Henley, Mozelle, is a citizen of St. Croix, United States Virgin Islands.

471.    Colon, Antonia V., is a citizen of St. Croix, United States Virgin Islands.

472.    Colon, Domingo, Jr., is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 48

473.    Colon, Edelmiro Benitez, is a citizen of St. Croix, United States Virgin Islands.

474.    Benitez, Miguelina, is a citizen of St. Croix, United States Virgin Islands.

475.    Colon, Ivelis, is a citizen of St. Croix, United States Virgin Islands.

476.    Colon, Ivette, is a citizen of St. Croix, United States Virgin Islands.

477.    Colon, Jomar, is a citizen of St. Croix, United States Virgin Islands.

478.    Colon, Julio Domingo, Jr., is a citizen of St. Croix, United States Virgin Islands.

479.    Colon, Karina, is a citizen of St. Croix, United States Virgin Islands.

480.    Colon, Liajiada, is a citizen of St. Croix, United States Virgin Islands.

481.    Colon, Luis Rafael, is a citizen of St. Croix, United States Virgin Islands.

482.    Colon, Luisa, is a citizen of St. Croix, United States Virgin Islands.

483.    Colon, Luz N., is a citizen of St. Croix, United States Virgin Islands.

484.    Colon, Robelto, is a citizen of St. Croix, United States Virgin Islands.

485.    Colon, Vidalina, is a citizen of St. Croix, United States Virgin Islands.

486.    Combie, Joseph, is a citizen of St. Croix, United States Virgin Islands.

487.    Combie, Marcella Clara, is a citizen of St. Croix, United States Virgin Islands.

488.    Concepcion, David Omari, is a citizen of St. Croix, United States Virgin Islands.

489.    Concepcion, Janalee Adriana, is a citizen of St. Croix, United States Virgin Islands.

490.    Connor, Leonard, is a citizen of St. Croix, United States Virgin Islands.

491.    Connor, Amorite, is a citizen of St. Croix, United States Virgin Islands.

492.    Cooke, Richard Alexander, is a citizen of St. Croix, United States Virgin Islands.

493.    Cooke, Wilhelmia Eunorah, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 49

494.    Corcino (Ramos), Tomas, is a citizen of St. Croix, United States Virgin Islands.

495.    Corcina, Iris, is a citizen of Vieques, Puerto Rico

496.    Martinez, Salvador, is a citizen of St. Croix, United States Virgin Islands.

497.    Corcino, Omar Enrique, is a citizen of St. Croix, United States Virgin Islands.

498.    Cordero, Consuelita, is a citizen of St. Croix, United States Virgin Islands.

499.    Cordero, David A., is a citizen of St. Croix, United States Virgin Islands.

500.    Cordero, David H., is a citizen of St. Croix, United States Virgin Islands.

501.    Cordero, Yoreily Marie, is a citizen of St. Croix, United States Virgin Islands.

502.    Correa, Maria P., is a citizen of St. Croix, United States Virgin Islands.

503.    Cottle-Matthew, Sharifah, is a citizen of St. Croix, United States Virgin Islands.

504.    Coureur, Jasi R., is a citizen of Jeffersonville, Indiana.

505.    Coureur, Shomalli C., is a citizen of Jeffersonville Indiana.

506.    Cox, Shani, is a citizen of St. Croix, United States Virgin Islands.

507.    Clichlow, Henry Kelvin, is a citizen of St. Croix, United States Virgin Islands.

508.    Crichlow, Joycellyn Phyllis, is a citizen of St. Croix, United States Virgin Islands.

509.    Crispin, Carlos, is a citizen of St. Croix, United States Virgin Islands.

510.    Crispin, Edgar, is a citizen of St. Croix, United States Virgin Islands.

511.    Crispin, Fernando, is a citizen of St. Croix, United States Virgin Islands.

512.    Rosa, Mercedes, is a citizen of St. Croix, United States Virgin Islands.

513.    Crispin, Paula, is a citizen of Maynard, Maine.

514.    Crispin, Jamie, is a citizen of St. Croix, United States Virgin Islands.

515.    Crosby, Janeishka, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 50

516.  Cruz- Torres, Zaida, is a citizen of St. Croix, United States Virgin Islands.

517.  Cruz, Aida, is a citizen of St. Croix, United States Virgin Islands.

518.  Ortiz, Ramon, is a citizen of St. Croix, United States Virgin Islands.

519.  Cruz, Angel, is a citizen of St. Croix, United States Virgin Islands.

520.  Cruz, Luz, is a citizen of St. Croix, United States Virgin Islands.

521.  Cruz, Angel, Jr., is a citizen of St. Croix, United States Virgin Islands.

522.  Cruz, Angel E., is a citizen of St. Croix, United States Virgin Islands.

523.  Cruz, Ida, is a citizen of St. Croix, United States Virgin Islands.

524.  Cruz, Antonia, is a citizen of St. Croix, United States Virgin Islands.

525.  Cruz, Bernardo, is a citizen of St. Croix, United States Virgin Islands.

526.  Cruz, Blanca P., is a citizen of St. Croix, United States Virgin Islands.

527.  Cruz, Cely, is a citizen of St. Croix, United States Virgin Islands.

528.  Cruz, Cristino, is a citizen of St. Croix, United States Virgin Islands.

529.  Cruz, Yolanda, is a citizen of St. Croix, United States Virgin Islands.

530.  Cruz, Dolymar S., is a citizen of St. Croix, United States Virgin Islands.

531.  Cruz, Elizabeth, is a citizen of St. Croix, United States Virgin Islands.

532.  Cruz, Elsa Iris, is a citizen of St. Croix, United States Virgin Islands.

533.  Cruz, Elva, is a citizen of Oak Park California.

534.  Cruz, Eusebia, is a citizen of St. Croix, United States Virgin Islands.

535.  Cruz, Ezequiel, is a citizen of St. Croix, United States Virgin Islands.

536.  Cruz, Felix Ramon, Jr., is a citizen of St. Croix, United States Virgin Islands.

537.  Cruz, Sonia, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 51

538.    Cruz, Fernando Felix, is a citizen of St. Croix, United States Virgin Islands.

539.    Cruz, Freddy, is a citizen of St. Croix, United States Virgin Islands.

540.    Cruz, Maria Judith, is a citizen of St. Croix, United States Virgin Islands.

541.    Cruz, Maria, is a citizen of St. Croix, United States Virgin Islands.

542.    Cruz, Ida Luz, is a citizen of St. Croix, United States Virgin Islands.

543.    Cruz, Angel, is a citizen of St. Croix, United States Virgin Islands.

544.    Cruz, Irma I., is a citizen of St. Croix, United States Virgin Islands.

545.    Cruz, Janlee, is a citizen of St. Croix, United States Virgin Islands.

546.    Cruz, Jay, is a citizen of Grenda Hill, California.

547.    Cruz, Joselin, is a citizen of St. Croix, United States Virgin Islands.

548.    Cruz, Juan Andres, is a citizen of Los Angeles, California.

549.    Cruz, Leon, is a citizen of St. Croix, United States Virgin Islands.

550.    Cruz, Mercedes, is a citizen of St. Croix, United States Virgin Islands.

551.    Cruz, Leon, III, is a citizen of St. Croix, United States Virgin Islands.

552.    Cruz, Leon, Jr., is a citizen of St. Croix, United States Virgin Islands.

553.    Cruz, Luis B., is a citizen of Vieques, Puerto Rico.

554.    Cruz, Elia, is a citizen of St. Croix, United States Virgin Islands.

555.    Cruz, Luis Miguel, is a citizen of St. Croix, United States Virgin Islands.

556.    Cruz, Luz Maria, is a citizen of St. Croix, United States Virgin Islands.

557.    Cruz, Angel, is a citizen of St. Croix, United States Virgin Islands.

558.    Cruz, Malvin, is a citizen of St. Croix, United States Virgin Islands.

559.    Cruz, Mercedes, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 52

560.    Cruz, Merwin, Jr., is a citizen of St. Croix, United States Virgin Islands.

561.    Cruz, Merwin, Sr., is a citizen of St. Croix, United States Virgin Islands.

562.    Rodriguez, Olga, is a citizen of St. Croix, United States Virgin Islands.

563.    Cruz, Migdaris K, is a citizen of St. Croix, United States Virgin Islands.

564.    Cruz, Oiane Maria, is a citizen of Orlando Florida.

565.    Cruz, Ramona, is a citizen of St. Croix, United States Virgin Islands.

566.    Cruz, Sara, is a citizen of St. Croix, United States Virgin Islands.

567.    Cruz, Sonia Rodriguez, is a citizen of St. Croix, United States Virgin Islands.

568.    Cruz, Tabita M., is a citizen of St. Croix, United States Virgin Islands.

569.    Cruz, Wilma Yvette, is a citizen of St. Croix, United States Virgin Islands.

570.    Cruz, Pedro, is a citizen of St. Croix, United States Virgin Islands.

571.    Cruz, Yolanda, is a citizen of St. Croix, United States Virgin Islands.

572.    Cruz, Cristina, is a citizen of St. Croix, United States Virgin Islands.

573.    Cruz-Fulgencio, Nilsa Iris, is a citizen of St. Croix, United States Virgin Islands.

574.    Fulgencio, Jose, is a citizen of St. Croix, United States Virgin Islands.

575.    Cuencas, Alfredo, Jr., is a citizen of St. Croix, United States Virgin Islands.

576.    Cuencas, Asheem Kadeem, is a citizen of St. Croix, United States Virgin Islands.

577.    Cuencas, Iris, is a citizen of St. Croix, United States Virgin Islands.

578.    Daniel, Adrea Yolanda, is a citizen of St. Croix, United States Virgin Islands.

579.    Daniel, Stanley, is a citizen of St. Croix, United States Virgin Islands.

580.    Daniel, Beverly L., is a citizen of St. Croix, United States Virgin Islands.

581.    Daniel, Francis, is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 53

582.    Daniel, Rose, is a citizen of St. Croix, United States Virgin Islands.

583.    Daniel, Halima H, is a citizen of St. Croix, United States Virgin Islands.

584.    Daniel, Hamadi, is a citizen of Norfolk, Virginia.

585.    Daniel, Hanan, is a citizen of St. Croix, United States Virgin Islands.

586.    Daniel, Josein, is a citizen of St. Croix, United States Virgin Islands.

587.    Daniel, Joseph, III, is a citizen of St. Croix, United States Virgin Islands.

588.    Daniel, Joseph N., is a citizen of St. Croix, United States Virgin Islands.

589.    Daniel, Naemah, is a citizen of St. Croix, United States Virgin Islands.

590.    Daniel, Nageem, is a citizen of St. Croix, United States Virgin Islands.

591.    Daniel, Raheem, is a citizen of St. Croix, United States Virgin Islands.

592.    Daniel, Rose, is a citizen of St. Croix, United States Virgin Islands.

593.    Dariah, Dwydale Bruce, is a citizen of St. Croix, United States Virgin Islands.

594.    Dariah, Ursula Cleopatra, is a citizen of St. Croix, United States Virgin Islands.

595.    David, Helena, is a citizen of St. Croix, United States Virgin Islands.

596.    David, Ira, is a citizen of St. Croix, United States Virgin Islands.

597.    David, Marsvyn O., is a citizen of St. Croix, United States Virgin Islands.

598.    Lang-David, Florine, is a citizen of St. Croix, United States Virgin Islands.

599.    David, Ruby C., is a citizen of St. Croix, United States Virgin Islands.

600.    David, Francis, is a citizen of St. Croix, United States Virgin Islands.

601.    David, Tyrell I., is a citizen of St. Croix, United States Virgin Islands.

602.    Davis, Celestina G., is a citizen of Miami, Florida.

603.    Davis, Enrique, is a citizen of Kissimmee, Florida.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 54

604.    Davis, Gladys, is a citizen of St. Croix, United States Virgin Islands.

605.    Davis, Fernella, is a citizen of St. Croix, United States Virgin Islands.

606.    Davis, Arthur, is a citizen of St. Croix, United States Virgin Islands.

607.    Davis, Mercedes, is a citizen of St. Croix, United States Virgin Islands.

608.    Davis, Nickey L., is a citizen of St. Croix, United States Virgin Islands.

609.    Davis, Samuel, is a citizen of Kissimmee, Florida.

610.    Davis, Tony, is a citizen of St. Croix, United States Virgin Islands.

611.    Davis, Walter C., is a citizen of Miami, Florida.

612.    Davis, Wilda A., is a citizen of St. Croix, United States Virgin Islands.

613.    Dawson, DuJean, is a citizen of St. Croix, United States Virgin Islands.

614.    De Castro, Delphine J., is a citizen of St. Croix, United States Virgin Islands.

615.    De Castro, Vonlex W., is a citizen of St. Croix, United States Virgin Islands.

616.    De Jesus, David A., is a citizen of St. Croix, United States Virgin Islands.

617.    De Jesus, Elle, is a citizen of St. Croix, United States Virgin Islands.

618.    De Jesus, Theodore M., is a citizen of St. Croix, United States Virgin Islands.

619.    DeJesus, Charlene D., is a citizen of St. Croix, United States Virgin Islands.

620.    DeJesus, Keila, is a citizen of St. Croix, United States Virgin Islands.

621.    DeJesus, Kristina Marie, is a citizen of St. Croix, United States Virgin Islands.

622.    DeJesus, Lorena Boulogne, is a citizen of St. Croix, United States Virgin Islands.

623.    DeJesus, Maria Milagro, is a citizen of St. Croix, United States Virgin Islands.

624.    DeJesus, Ulises, is a citizen of St. Croix, United States Virgin Islands.

625.    DelaCruz, Jacqueline M., is a citizen of St. Croix, United States Virgin Islands.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 55

626.  DelaCruz-Alejandro, Melania, is a citizen of St. Croix, United States Virgin Islands.

627.  Delande, Clefryn F., is a citizen of St. Croix, United States Virgin Islands.

628.  Delande, Deborah, is a citizen of St. Croix, United States Virgin Islands.

629.  Delande, Elsa Patricia, is a citizen of St. Croix, United States Virgin Islands.

630.  Delande, Kerwyn, is a citizen of St. Croix, United States Virgin Islands.

631.  Delande, Kevin, is a citizen of St. Croix, United States Virgin Islands.

632.  Delande, Michael, is a citizen of St. Croix, United States Virgin Islands.

633.  DeLaRosa, Lueila, is a citizen of St. Croix, United States Virgin Islands.

634.  Delerme, Eduardo, is a citizen of Orlando Florida.

635.  Delerme, Brunilda, is a citizen of St. Croix, United States Virgin Islands.

636.  Delerme, Eduardo, is a citizen of St. Croix, United States Virgin Islands.

637.  Delerme, Laura, is a citizen of Orlando Florida.

638.  Delerme, Sofia Yolanda, is a citizen of St. Croix, United States Virgin Islands.

639.  Delgado, Candida, is a citizen of St. Croix, United States Virgin Islands.

640.  Delgado, Ruth, is a citizen of Tiffany, Florida.

641.  Denis, Alexis, is a citizen of St. Croix, United States Virgin Islands.

642.  Denis, Diane Nicole, is a citizen of St. Croix, United States Virgin Islands.

643.  Denis, Florence Denmand, is a citizen of St. Croix, United States Virgin Islands.

644.  Denis, Jacqueline Kiture, is a citizen of St. Croix, United States Virgin Islands.

645.  Denis, Matthew, is a citizen of St. Croix, United States Virgin Islands.

646.  Dennie, Israel, is a citizen of Williamstown, New Jersey.

Abednego, Laurie et al. v. ST. Croix Alumina LLC et al.
**FIRST AMENDED COMPLAINT**
Page 56

647.    Dennie, Mary P., is a citizen of St. Croix, United States Virgin Islands.

648.    Desbonnes, Nathalie, is a citizen of Lauderdale lakes, Florida.

649.    Desormeaux, Ashley Thea, is a citizen of St. Croix, United States Virgin Islands.

650.    Desormeaux, Sandra, is a citizen of St. Croix, United States Virgin Islands.

651.    Desouza, Sylvina, is a citizen of St. Croix, United States Virgin Islands.

652.    Desouza, Nicholas, is a citizen of St. Croix, United States Virgin Islands.

653.    DeWindt, Marilyn, is a citizen of St. Croix, United States Virgin Islands.

654.    Dhaooolal, Edris R., is a citizen of St. Croix, United States Virgin Islands.

655.    Dhanoolal, Francis R., is a citizen of St. Croix, United States Virgin Islands.

656.    Diaz, Donald Francis, Jr., is a citizen of St. Croix, United States Virgin Islands.

657.    Diaz, Elizabeth, is a citizen of St. Croix, United States Virgin Islands.

658.    Pilier, Demetrio, is a citizen of St. Croix, United States Virgin Islands.

659.    Diaz, Elizabeth, is a citizen of St. Croix, United States Virgin Islands.

660.    Encarnacion, Domingo, is a citizen of St. Croix, United States Virgin Islands.

661.    Diaz, Fioldalizo, is a citizen of St. Croix, United States Virgin Islands.

662.    Diaz, Luz Maria, is a citizen of St. Croix, United States Virgin Islands.

663.    Velez, Angel, is a citizen of St. Croix, United States Virgin Islands.

664.    Diaz, Natividad B., is a citizen of St. Croix, United States Virgin Islands.

665.    Diaz, Rafael, is a citizen of St. Croix, United States Virgin Islands.

666.    Diaz, Zaida, is a citizen of St. Croix, United States Virgin Islands.

667.    Didier, Frances, is a citizen of St. Croix, United States Virgin Islands.

668.    Didier, Francis, is a citizen of St. Croix, United States Virgin Islands.