IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| LAURIE L.A. ABEDNEGO | : | CIVIL ACTION |
| v. | : | |
| ALCOA INC., et al. | : | NO. 10-9 |

ORDER

AND NOW, this 26th day of April, 2010, it appearing from a "Red Dust Case" press release issued by Lee J. Rohn, Esquire that she has signed and filed the Complaint and Amended Complaint in the above action (originally filed in the Superior Court of the Virgin Islands and thereafter removed to this court) on behalf of over 2,000 named plaintiffs prior to contacting them individually, and it further appearing that Rule 3.3 of the Virgin Islands Rules of Professional Conduct requires candor toward the court, it is hereby ORDERED that:

(1) the said Lee J. Rohn, Esquire file with this court on or before May 10, 2010 an affidavit swearing when each plaintiff individually engaged her to represent that plaintiff in connection with the claims alleged in this lawsuit and specifically whether each individual representation was effected on or before December 1, 2009, the date Ms. Rohn signed the complaint which was originally filed in the Superior Court of the Virgin Islands;

(2) said affidavit shall contain, in addition, a statement whether the representation of each plaintiff was effected orally or by a writing signed by that plaintiff; and

(3) the court will hold a hearing on Friday, May 14, 2010 at 12:15 p.m. in the Almeric L. Christian Federal Building on St. Croix to consider the affidavit and any related matters.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III     C.J.
SITTING BY DESIGNATION