IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| LAURIE ABEDNEGO, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ST. CROIX ALUMINA, LLC, et al., )<br>)<br>Defendants. )<br>_____) | Civil No. 1:10-cv-00009 |

**ORDER**

THIS MATTER is before the court on the Motion for Admission *Pro Hac Vice* of **RENÉ PIERRE TATRO** in the above case. It is hereby;

**ORDERED** that the motion is GRANTED and **RENÉ PIERRE TATRO** is hereby **ADMITTED** *pro hac vice* in the above matter.

SO ORDERED this  17th  day of May, 2010.

ENTER:

DATED: _____, 2010

/s/ Harvey Bartle III
HARVEY BARTLE III                               C.J.
SITTING BY DESIGNATION

A T T E S T:

WILFREDO MORALES
Clerk of the Court

By: _____
       Deputy Clerk